UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETHAN MURPHY, STEPHANIE CASTILLO, CHRISTOPHER L. SCOTT, LOGAN SCOTT, NICOLE CLOUSE, NYAMKA AYINOLA, and EDGAR OCOTOXTLE, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs.<br><br>              v.<br><br>PHILIPPE LAJAUNIE, LA BOUCHERIE INC., 15 JOHN CORP., LHLM GROUP CORP. a/k/a BRASSERIE LES HALLES NEW YORK and XYZ CORP.,<br><br>    Defendants. | Civil Case No.: 13-cv-6503-RJS |

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF CONSENT TO SUE BY TIM SIEMERS

Plaintiffs' counsel hereby notifies the Court and all parties that opt-in Tim Siemers is withdrawing his previously filed consent to join.

                                            Respectfully submitted,

Dated: New York, NY         By:     /s/ Jeffrey E. Goldman
       February 5, 2014                   Jeffrey E. Goldman, Esq.
                                                      The Law Offices of Jeffrey E. Goldman
                                                      501 Fifth Avenue, Suite 1900
                                                      New York, NY 10017
                                                      Telephone: (212) 983-8999
                                                      Fax: (212) 949-5085
                                                      *Attorney for Plaintiffs*