# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONDER ALTAS, *et al.*,

                          Plaintiffs,

-v-

PHILIPPE NORTH AMERICA
RESTAURANTS LLC, *et al.*,

                          Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2012
```

No. 12 Civ. 6967 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated on the record at the pre-motion conference held on November 16, 2012, IT IS HEREBY ORDERED THAT the parties shall submit their proposed draft notification to putative opt-in class members in the related case, *Altas, et al. v. Phillipe North America Restaurants LLC, et al.*, No. 12 Civ. 5032 (RJS), by November 26, 2012. IT IS FURTHER ORDERED THAT Defendants shall not discuss either the above-captioned action or the related case, No. 12 Civ. 5032 (RJS), with Plaintiffs or with potential plaintiffs, except through Defendants' counsel.

    IT IS FURTHER ORDERED THAT Defendants shall file their motion to dismiss Plaintiff Krasniqi's claims in the above-captioned action by December 7, 2012; Plaintiffs shall respond by December 21, 2012; Defendants shall submit any reply by January 4, 2013; and the parties shall appear for oral argument on Wednesday, January 30, 2013 at 4:30 p.m.

    IT IS FURTHER ORDERED THAT Defendants' motion to disqualify Plaintiffs' counsel, Joseph, Herzfeld, Hester & Kirschenbaum, is deemed made and DENIED.

SO ORDERED.

Dated:    November 16, 2012
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE