**Exhibit 13**

**Kathy DiSalvo**

| | |
|---|---|
| **From:** | chad Combs <chadinaustin@gmail.com> |
| **Sent:** | Saturday, February 01, 2014 10:27 AM |
| **To:** | GM LHP |
| **Subject:** | Bar comps |

The bar comp went over the allotted 50$ last night due to an abnormal amount of regulars and groups of people that spent an unusual amount of money at bar. I spoke with the bartenders and the guests and approved the comps.

I felt like it was a good opportunity to bring back in people that hasn't come in a while and to try and foster new regulars and/or repeat business.

CC

1

DLH036924

**Kathy DiSalvo**

| | |
|---|---|
| **From:** | Kevin Antonovich <kevinleshalles@gmail.com> |
| **Sent:** | Thursday, January 20, 2011 9:27 AM |
| **To:** | GM LHP |
| **Subject:** | hey |

Allison said Park is still hiring servers.  Are you?  I know someone who is really good and I think would make a great addition to your team.  Let me know if you still are and what the best time to come in would be.

Thanks.

--
Kevin Antonovich
Manager
Les Halles
15 John St
New York, NY 10038
212-285-8585

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1191 / Virus Database: 1435/3392 - Release Date: 01/20/11

1

DLH036985

**Kathy DiSalvo**

| | |
|---|---|
| **From:** | GM LHP |
| **Sent:** | Monday, January 13, 2014 6:27 PM |
| **To:** | 'chad Combs' |
| **Subject:** | RE: Cutting stafg |

☺

**From:** chad Combs [mailto:chadinaustin@gmail.com]
**Sent:** Monday, January 13, 2014 6:26 PM
**To:** GM LHP
**Subject:** Re: Cutting stafg

I like using Mauricio as an example. Except he always texts before the shift....should we write 'texted'

On Jan 13, 2014 6:24 PM, "GM LHP" <gmlhp@leshalles.net> wrote:

Hi,

As you know I tend to overschedule with the intention of sending somebody home if necessary.

To make things easier on Natsuko when she processes the payroll, please indicate when somebody VOLUNTEERED to go home or when you CUT somebody by writing so next to their name on the tip out sheet.
Examples:

-    In preshift you announce that you're ok going with one fewer server and Mauricio says he'll go home and everybody agrees, you write down VOLUNTEERED TO GO HOME.

-    You believe you can go with just one bartender and the 4 pm bartender agrees he/she can close so you call the 6pm to let him/her know to stay home and they agree, you write down VOLUNTEERED TO GO HOME.

-    You see that I scheduled 4 bussers for lunch but lunch is going to be very slow yet nobody wants to go home so you decide to send Victor home, you write down CUT.

Please let me know if you have any questions.

Thanks,
magda

DLH037077

**Kathy DiSalvo**

| | |
|---|---|
| **From:** | GM LHP |
| **Sent:** | Monday, December 05, 2011 1:38 PM |
| **To:** | acrinaldo@gmail.com |
| **Subject:** | Re: Jesus - Finger Wound |

Perfect! I was just going to ask you about it.

Thank you

Magda Wybieralska
General Manager

Les Halles
411 Park Ave S
New York, NY 10016
T: 212.679.4111
F: 212.213.2065

**From:** Anthony Rinaldo [mailto:acrinaldo@gmail.com]
**Sent:** Monday, December 05, 2011 10:36 AM
**To:** GM LHP
**Subject:** Jesus - Finger Wound

Magda,

At around 10:15 pm Sunday December 4th, Jesus cut his finger while prepping food in the kitchen. It was his first finger on his right hand. Others from the kitchen staff bandaged it right away with what we had in the first aid kit. I did not see the wound, but I was told that he cut off his nail to some degree. There was a lot of blood. At about 10:20 -10:25 it was brought to my attention. I immediately sent him to the hospital. I sent one of the busboys with him.

Anthony

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1415 / Virus Database: 2102/4058 - Release Date: 12/05/11

1

**Kathy DiSalvo**

| | |
|---|---|
| **From:** | muscfanatc@aol.com |
| **Sent:** | Friday, April 01, 2011 8:34 PM |
| **To:** | GM LHP |
| **Subject:** | Re: Schedule wk ending 4-9 |

Hi Madga,
Sorry to hear about the inspection, and I'll stay on top of things as much as possible if my remaining shifts.

Also, I wasn't expecting to make up the shifts I would be missing.  My mom will still be in town until Thursday evening and we had some things planned.  Am I necessary for Wednesday morning?

Thanks,
Allison


-----Original Message-----
From: GM LHP <gmlhp@leshalles.net>
To: Allison <muscfanatc@aol.com>; jimtoal1 <jimtoal1@gmail.com>; Petr Landa <petrlanda@gmail.com>; jpcrucianelli <jpcrucianelli@aol.com>
Sent: Fri, Apr 1, 2011 7:57 pm
Subject: Schedule wk ending 4-9

Hi All,

Attached is the schedule for the upcoming week.

First of all, we had a health inspection this morning and we most definitely dropped the ball so we will be re-inspected in the next two weeks. Afterwards, we will keep getting re-inspected every 2-3 months as we now fall on the "C cycle" of inspections. Please keep talking about all the health department related details on the floor. We did great this time as FOH but you never know.

Secondly, please welcome JP to the management team. Please train him to the best of your ability. With Allison leaving he will take on some shifts to help out.

Will is no longer on the schedule. Although he gave me a two week notice, he didn't show up for his shift this morning, further proving complete disrespect towards management and his job. Jonathan seems to have a lot of potential. Please show him all the tricks of the trade and let's make this transition as easy as possible.

Finally, with April here, we are getting another secret shopper. Please let's not drop the ball on this. I believe Philippe added a few more grading criteria but I am not exactly sure what they are.

As always, if you have any questions, suggestions or requests, please let me know!

Thanks!

Magda

1

DLH037154

**Kathy DiSalvo**

| | |
|---|---|
| **From:** | muscfanatc@aol.com |
| **Sent:** | Friday, November 05, 2010 12:05 AM |
| **To:** | GM LHP |
| **Subject:** | Re: Server schedule wk ending 11/13 |

Thanks.  Would you mind if I asked Petr to work Tuesday or Wednesday morning and see if he would let me take his Saturday?  He might want to keep his two days off in a row, or he might want Saturday off.  Would you mind?  Otherwise, I'll be in on Wednesday.

Thanks,
Allison


-----Original Message-----
From: GM LHP <gmlhp@leshalles.net>
To: muscfanatc@aol.com <muscfanatc@aol.com>
Sent: Thu, Nov 4, 2010 11:53 pm
Subject: Re: Server schedule wk ending 11/13

I didn't realize that you wanted to keep 3 shifts. If there is any shift that doesn't have a manager in the morning please feel free to fill in.

Thanks,

Magda Wybieralska
General Manager

Brasserie Les Halles
411 Park Ave S
New York, NY 10016
T: 212.679.4111
F: 212.213.2065


**From:** muscfanatc@aol.com <muscfanatc@aol.com>
**To:** GM LHP
**Sent:** Thu Nov 04 20:16:33 2010
**Subject:** Re: Server schedule wk ending 11/13

The schedule says that I have 3 shifts, but I can only find two of them, Sunday and Monday morning.  I would like to have 2 days off in a row like I originally did, but I can't have only 2 shifts.

Help!
Allison


-----Original Message-----
From: GM LHP <gmlhp@leshalles.net>
To: Support <Support@lhlmgroup.com>; Yoko Iizuka <yi@lhlmgroup.com>; PetrLanda <petrlanda@gmail.com>; jimtoal1@gmail.com <jimtoal1@gmail.com>; Allison <muscfanatc@aol.com>
Sent: Thu, Nov 4, 2010 10:39 pm
Subject: Server schedule wk ending 11/13

1

DLH037160

**Kathy DiSalvo**

| | |
|---|---|
| **From:** | GM LHP |
| **Sent:** | Sunday, October 06, 2013 2:08 PM |
| **To:** | chadinaustin@gmail.com |
| **Subject:** | Re: Sunday brunch |

If Pam is still there, ask her to do it right now.

Magda Wybieralska
General Manager

Les Halles
411 Park Ave S
New York, NY 10016
T: 212.679.4111
F: 212.213.2065

**From:** chad Combs [mailto:chadinaustin@gmail.com]
**Sent:** Sunday, October 06, 2013 11:35 AM
**To:** GM LHP
**Subject:** Sunday brunch

Efrain was scheduled at 10 and is still not here. Santos didn't get his lunch shift covered, and didn't call me, and didn't show up.
Both of these employees should be written up.

CC

DLH037164