# Exhibit 14

**From:** GM LHP <gmlhp@leshalles.net>
**Subject: While I'm gone**
**Date:** January 22, 2011 11:31:05 PM EST
**To:** Allison <muscfanatc@aol.com>, Petr Landa <petrlanda@gmail.com>, "jimtoal1@gmail.com" <jimtoal1@gmail.com>

Hi All,

As you know, I am going out of town for a couple of days. I will be in Hunter, NY from Sunday until Thursday.
While I'm gone I'm sure Philippe and company (Yoko) will be on your case as much as possible.
There are a couple of things that I know they will be picking on when I'm away so please read through this email and try to implement all of these points to the best of your ability.

Yoko's issues:

1. Please make sure that you fill out the tax exempt form. If it is a business card that's used for payment and the tax organization is a non profit, please make a copy of the card. A good example is a dinner we recently had for the Rockefeller Foundation. They were tax exempt and paid with a business card. Please have a receipt without tax, a tax exempt form and copy of the card in a separate envelope.
2. If there are any open discounts for any reason whatsoever, please write on the ticket why you used an open discount. Please remember to use the "butcher 20%" for any employee, who buys meat from the butcher (not open discount).

Natsuko's issues:

1. Please try to clock everybody in/out at the end of the shifts. Otherwise you will be facing many questions about who left at what time.
2. To look up an itemized receipt please follow these steps:
- on the computer downstairs, please go to report viewer
- on the side margin, hit sales then select received folder
- select payment by method and check the "detailed" box on the bottom of the page then hit "run report"
- set the date range and hit run report
- transactions are listed by credit card type and by time of the day.

Philippe's issues (just a few ☺ )

1. Please set the restaurant fully, including the tables outside with paper.
2. The planters have to be aligned and the ones perpendicular to the building have to be touching the building wall.
3. Please have absolutely no snow on the sidewalk or in front of the restaurant.

   4. LIGHTBULBS!!!!
   5. Keep checking the music.
   6. And don't get intimidated by him!

There is a gift certificate in the safe for Dan Reeves, who doesn't have a reservation but it's a surprise from his parents. He will make one at some point.

Peter,

Please have Jose (handy man) snake all the traps on Tuesday. His phone number is in Open Table. He will ask for money, please ask Yoko – she knows. He will also try not to do it, but he has to.

Allison,

Please call the plumber, Sal on Monday and have him come out asap to fix the leak in the linen closet. I called on Friday but they never showed up.

Jim,

Please keep on top of the reservations and let Carlos know of any party bigger than 12.

Attached are all forms that I think you may need. Please put all schedule requests on my desk.
 If you need anything from me, please do not hesitate to contact me. I will have my laptop and my phone.

Enjoy yourselves and have a great time!

Magda

From: "GM LHP" <gmlhp@leshalles.net>
Date: Nov 18, 2011 8:10 PM
Subject: Wine/Liquor room & Beer Cooler
To: "Logan Scott" <lscott2323@hotmail.com>, "ryanmichaelwhite@mac.com" <ryanmichaelwhite@mac.com>, "Leo Walker" <leodwalk3@gmail.com>, "nicoleclouse16@gmail.com" <nicoleclouse16@gmail.com>, "Mark Doherty" <mjd111772@yahoo.com>
Cc: "jpcrucianelli@aol.com" <jpcrucianelli@aol.com>, "Anthony Rinaldo (acrinaldo@gmail.com)" <acrinaldo@gmail.com>

Hi Guys,

Philippe just walked through the downstairs area and "fake stole" a bottle of wine without being seen by a single person. He walked downstairs, saw all the doors open, walked into the wine room, picked up one of the expensive Bordeaux, went into the linen storage, wrapped it in a napkin and put it in a paper bag, which he also found downstairs. During this entire process, he did not see a single person downstairs. Obviously if anyone saw him, nobody would have said anything to him but the point is that there was not a single person downstairs and how easy it was to pull off. He then obviously proceeded to tell me all about it.

From now on if Anthony, JP or I find any of the doors unlocked downstairs, it will lead to a write up. Two write ups lead to a suspension and a following write up will result in termination.

These areas are your responsibility just like the bar bank is. This is why you are the only ones with the keys. Nabor and the kitchen guys do not have keys to the wine/liquor cage for a reason. He and the receiver, Carlos are also very good about locking the main, red door each time, so please do not use that as an excuse. There is absolutely no excuse to have any of the doors unlocked after 3 pm, which is what time Nabor leaves.

If you have any questions or suggestions, please let me know.

Magda Wybieralska
General Manager

Les Halles
411 Park Ave South
New York, NY 10016
Tel: 212-679-4111
Fax: 212-213-2065