

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

Aaron N. Solomon, Esq.
asolomon@kdvlaw.com

July 10, 2015

**VIA ECF**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                 *Re:*    *Murphy et al. v. LaJaunie et al.*
                        *Case Number: 13 CV 6503 (RJS)*

Dear Judge Sullivan:

       We represent the defendants in the above referenced matter. We write, on behalf of all parties, to provide a report concerning the status of the parties' settlement discussions.

       Currently, the parties have contacted Marty Scheinman, Esq., a mediator the parties believe is well-suited to facilitate a productive mediation. The parties are in the process of scheduling a date for the mediation and at this time we anticipate that the mediation will occur in mid-September.

       As to the issuance of a decision on the pending motions for summary judgment and class certification, the parties agree that the Court should issue a decision when it deems that it is appropriate to do so.

       Thank you for your consideration of the foregoing.

                                       Respectfully submitted,
                                       Kaufman Dolowich & Voluck, LLP

                                       Aaron N. Solomon, Esq.

CC: All Counsel, Via ECF

4824-9483-1397, v. 1