UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ETHAN MURPHY, *et al.*,

                Plaintiffs,

  -v-

PHILIPPE LAJAUNIE, *et al.*,

                Defendants.

No. 13-cv-6503 (RJS)
<u>OPINION AND ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

IT IS HEREBY ORDERED THAT a jury trial shall commence on June 6, 2016 at 10:00 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  IT IS FURTHER ORDERED THAT, by May 2, 2016, the parties shall jointly submit a Proposed Pretrial Order that includes, in separately numbered paragraphs, the information required by Federal Rule of Civil Procedure 26(a)(3), as well as the following information:

    i.      The full caption of the action;

    ii.     The names, addresses (including firm names), and telephone and fax numbers of trial counsel;

    iii.    A brief statement by Plaintiff as to the basis of subject-matter jurisdiction and a brief statement by Defendants as to the presence or absence of subject-matter jurisdiction, each of which shall include citations to all authority relied on and relevant facts as to citizenship and jurisdictional amount;

    iv.    A brief summary by each party of the claims and defenses that the party has asserted that remain to be tried – without recital of evidentiary matters but with citations to all

statutes on which the party has relied – and of the claims and defenses that the party has previously asserted that are not to be tried;

v.   A statement by each party as to whether the case is to be tried with or without a jury, and the number of trial days needed;

vi.   A statement as to whether all parties have consented to a trial of the case by a magistrate judge (without identifying which party or parties have or have not so consented);

vii.   Any stipulations of fact or law that have been agreed upon by the parties;

viii.   A statement by each party as to the witnesses whose testimony is to be offered in the party's case-in-chief;

ix.   A designation by each party of deposition testimony to be offered in the party's case-in-chief, with any cross-designations and objections by any other party;

x.   A list by each party of exhibits to be offered in the party's case-in-chief, with an indication as to whether any party objects to any such exhibits and a brief statement of the nature of the objection (*e.g.*, "relevance," "authenticity," "hearsay"); and

xi.   A statement of whether the parties consent to less than a unanimous verdict.

IT IS FURTHER ORDERED THAT the parties shall jointly file with the Proposed Pretrial Order the following submissions:

i.   Proposed *voir dire* questions – a copy of which shall be emailed to chambers in a Word version – which shall include the text of any requested question and should consist of a single document and note any areas of disagreement between the parties;

ii.     A proposed verdict form – a copy of which shall be emailed to chambers in a Word version – and which should consist of a single document and note any areas of disagreement between the parties;

iii.    Proposed jury instructions – a copy of which shall be emailed to chambers in a Word version – and which shall include the text of any requested instruction and a citation, if relevant, to the authority from which such instruction derives, and should consist of a single document and note any areas of disagreement between the parties;

iv.     Motions addressing any evidentiary or other issues that should be resolved *in limine*; and

v.      If a party believes that it would be useful, a pretrial memorandum, not to exceed 10 pages.

IT IS FURTHER ORDERED THAT, within one week of the filing of the Proposed Pretrial Order, any party may file the following documents:

i.      Oppositions to any motions *in limine*; and

ii.     Oppositions to any legal arguments set forth in a pretrial memorandum.

Finally, IT IS FURTHER ORDERED THAT the parties shall appear for a final pretrial conference on Tuesday, May 31, 2016 at 3:00 p.m. to discuss the trial, which, as ordered above, will commence on the morning of June 6, 2016.

SO ORDERED.

Dated:      March 21, 2016
            New York, New York

            _____
            RICHARD J. SULLIVAN
            UNITED STATES DISTRICT JUDGE