UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHAN MURPHY, *et al.*,

                       Plaintiffs,

-v-                                   No. 13-cv-6503 (RJS)
                                          OPINION AND ORDER

PHILIPPE LAJAUNIE, *et al.*,

                       Defendants.

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiffs' motion for reconsideration of its order granting in part and denying in part Defendants' motion for summary judgment. IT IS HEREBY ORDERED that Defendants shall not respond to Plaintiff's motion until ordered to do so by the Court.

SO ORDERED.

Dated:     March 25, 2016
            New York, New York

                                                   RICHARD J. SULLIVAN
                                                   UNITED STATES DISTRICT JUDGE