UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHAN MURPHY, *et al.*,

                          Plaintiffs,

-v-                                                            No. 13-cv-6503 (RJS)
                                                                  ORDER

PHILIPPE LAJAUNIE, *et al.*,

                          Defendants.

RICHARD J. SULLIVAN, District Judge:

        The Court is in receipt of Defendants' attorneys' letter requesting a pre-motion conference to address their contemplated motion to withdraw as counsel pursuant to Local Civil Rule 1.4 (Doc. No. 220), and Plaintiffs' response (Doc. No. 222). Defendants also move to stay this matter for thirty days during the pendency of their motion. (Doc. No. 220 at 3.)

        IT IS HEREBY ORDERED that the Court will hold a pre-motion conference on Defendants' contemplated motion on June 21, 2016 at 2:30 p.m. in the Courtroom 905 of the Thurgood Marshall United States District Court for the Southern District of New York, 40 Foley Square, New York, New York. IT IS FURTHER ORDERED that Defendant Philippe LaJaunie shall attend the conference personally. IT IS FURTHER ORDERED that Defendants' motion to stay this matter for thirty days during the pendency of their contemplated motion is denied.

SO ORDERED.

Dated:     June 10, 2016
              New York, New York

                                                                        RICHARD J. SULLIVAN
                                                                      UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/16