

**Kaufman Dolowich & Voluck, LLP**

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

Jeffery A. Meyer, Esq.
jmeyer@kdvlaw.com

July 6, 2016

**VIA ECF**
The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:    *Murphy et al. v. LaJaunie et al.*
                      *Case Number: 13 CV 6503 (RJS)*

Dear Judge Sullivan:

       We represent the Defendants in the above referenced matter. We write to supplement our July 1, 2016 correspondence responding to the Court's Order to Show Cause.

       This morning, Defendants advised us that they have located twelve (12) additional boxes that contain material responsive to the Court's order. Given Plaintiff's characterization of Defendants most recent document production, we have directed Defendants to send the boxes to our office by overnight mail so we can review their contents and immediately produce any and all responsive documents to Plaintiffs in an organized fashion.

       Thank you for your consideration of the foregoing.

                                          Respectfully submitted,
                                          Kaufman Dolowich & Voluck, LLP

                                          Jeffery A. Meyer, Esq.

CC:    All Counsel, Via ECF

4835-1474-3860, v. 1

New York | Pennsylvania | New Jersey | San Francisco | Los Angeles | Florida | Chicago