**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Jeffery A. Meyer, Esq.
jmeyer@kdvlaw.com

Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

July 8, 2016

**VIA ECF**
The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                    *Re:*    ***Murphy et al. v. LaJaunie et al.***
                             ***Case Number: 13 CV 6503 (RJS)***

Dear Judge Sullivan:

We represent the Defendants in the above referenced matter. We write in accordance with the Court's July 6, 2016 Order directing Defendants to provide a report describing the contents of the twelve (12) boxes referred to in Defendants' July 6, 2016 letter.

Yesterday, in a further attempt by this firm to comply with the Court's directives, my associate Aaron N. Solomon, was dispatched to Defendants' John Street restaurant to review and catalogue their contents. As there were no resources available to us on site to copy the contents of the boxes, and as production of the documents must occur by today, we organized the contents of each box and directed Defendants to produce the original documents to Plaintiffs.

The following chart summarizes the contents of each box:

| Box Number[1] | Restaurant | Description of Documents | Time Period |
|---|---|---|---|
| 1 | John Street | Payroll Records[2] | January, 2009 – July, 2009; January, 2010; December, 2011; September, 2011. |

---

[1] Each box was labeled numerically to correspond with this index.
[2] Where the term "Payroll Records" is used, the box contained weekly ADP payroll records for all employees (inclusive of class members) for the corresponding restaurant for the time period indicated.

| Box Number | Restaurant | Description of Documents | Time Period |
|---|---|---|---|
| 2 | John Street | Payroll Records | W/E[3] July 6, 2007 – July 21, 2007. |
| 2 | John Street | Unredacted Tip Sheets | September, 2006 – December, 2006; January, 2007 – June, 2007; December, 2013. |
| 2 | Park Avenue | Unredacted Tip Sheets | November, 2013; December, 2013, January, 2014 – May, 2014. |
| 3 | John Street | Payroll Records | March, 2010 – May, 2010; November, 2011; W/E September 17, 2011 – W/E September 24, 2011. |
| 3 | Park Avenue | Payroll Records | May, 2011 – June, 2011. |
| 4 | John Street | Payroll Records | W/E July 11, 2009 – W/E August 1, 2009; W/E August 8, 2009 – W/E August 29, 2009. |
| 4 | Park Avenue | Payroll Records | February, 2009; W/E June 6, 2009 – W/E July 4, 2009; W/E April 11, 2009 – W/E May 2, 2009. |
| 4 | Park Avenue | Payroll Journals[4] | January 3, 2009 – August 1, 2009. |
| 5 | Park Avenue | Payroll Records | W/E September 4, 2010 – W/E December 25, 2010; W/E March 5, 2011 – W/E March 26, 2011. |

---

[3] As used herein the term "W/E" means week ending.
[4] Payroll Journals are distinct from payroll records. However, Payroll Journals also contain portions of ADP payroll records for the time periods listed.

| Box Number | Restaurant | Description of Documents | Time Period |
|---|---|---|---|
| 5 | John Street | Payroll Records | W/E November 6, 2010 – W/E December 25, 2010. |
| 6 | Park Avenue | Payroll Records | W/E April 2, 2011 – W/E April 30, 2011; W/E October 1, 2011 – W/E November 27, 2011; W/E December 31, 2011. |
| 7 | Park Avenue | Payroll Records | W/E January 3, 2010 – W/E April 3, 2010; W/E May 8, 2010 – July 31, 2010; W/E August 14, 2010 – W/E August 28, 2010. |
| 7 | John Street | Payroll Records | W/E February 2, 2010; W/E February 20, 2010; W/E February 27, 2010. |
| 8 | John Street | Payroll Records | W/E January 1, 2011 – W/E May 28, 2011; W/E June 27, 2011 – W/E August 27, 2011; W/E October 1, 2011 – W/E October 29, 2011. |
| 9 | John Street | Payroll Records | W/E September 12, 2009 – W/E January 2, 2010. |
| 9 | Park Avenue | Payroll Records | W/E January 3, 2009 – W/E January 31, 2009; W/E March 7, 2009 – W/E April 14, 2009; W/E May 3, 2009 – W/E May 23 2009. |

| Box Number | Restaurant | Description of Documents | Time Period |
|---|---|---|---|
| 10 | Park Avenue | Payroll Records | W/E January 1, 2011 – W/E January 29, 2011; W/E February 5, 2011 – W/E February 26, 2011; W/E August 6, 2011 – W/E August 27, 2011; W/E September 3, 2011 – W/E September 24, 2011. |
| 10 | John Street | Payroll Records | W/E June 12, 2010 – W/E July 3, 2010. |
| 11 | Park Avenue | Payroll Records | W/E July 2, 2011 – W/E August 6, 2011. |
| 11 | John Street | Payroll Records | W/E July 10, 2010 – W/E October 30, 2010. |
| 12 | Park Avenue | Payroll Records | W/E July 11, 2009 – W/E January 2, 2010. |

Thank you for your consideration of the foregoing.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Jeffery A. Meyer, Esq.

CC:    All Counsel, Via ECF

4852-7779-6916, v. 1