**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

Jeffery A. Meyer, Esq.
jmeyer@kdvlaw.com

July 20, 2016

**VIA ECF**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: *Murphy, et al. v. LaJaunie, et al.*
            <u>Case Number: 13 CV 6503 (RJS)</u>

Dear Judge Sullivan:

    We represent the Defendants in the above referenced matter.

    Pursuant to the Court's July 14, 2016 Order, Defendants have been advised that they cannot contact the Court directly. Knowing this, Defendants have drafted a letter to the Court that they wish us to file against our advice. Accordingly, we feel that we are compelled to do so.

    However, as the letter contains statements that may harm Defendants position and references privileged communications, we respectfully request that we be permitted to submit same *ex parte* by email along with an *ex parte* letter from our firm renewing our request to be relieved as counsel and explaining the basis for that application.

    Notwithstanding the fact that we intend to renew our request to be relieved at this time, this office will file a submission, in accordance with tomorrow's deadline, responding to the Court's Order to Show Cause requesting an explanation as to why Plaintiff's NYLL claims against Defendant Lajaunie should not be reinstated.

    Thank you for your consideration of the foregoing.

                                    Respectfully submitted,
                                    Kaufman Dolowich & Voluck, LLP

                                    Jeffery A. Meyer

cc:    All Counsel, Via ECF

4851-1945-4773, v. 1