# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

---

Charles Joseph
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
Laura Reznick

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.JK-LLP.com

July 22, 2016

**VIA ECF AND E-MAIL**

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/16
```

      Re:    Murphy v. LaJaunie
                  No. 13 Civ. 6503 (RJS)

Dear Judge Sullivan:

      Together with the Law Offices of Jeffrey E. Goldman, we are class counsel in the above-referenced action. In accordance with the Court's July 14, 2016 Order, Plaintiffs will file a brief in support of reconsideration of the Court's dismissal of the New York Labor Law claims against Philippe LaJaunie, as well as a proposed Local Civil Rule 56.1 Statement and up to five affidavits or exhibits. We respectfully request that in addition to those five affidavits or exhibits, Plaintiffs be permitted to cite to previously filed documents (such as previously filed declarations and exhibits) in support of their brief and/or contentions in their 56.1 Statement, as such previously filed documents are already part of the record in this case. We thank the Court for its attention to this matter.

**MEMO ENDORSED**

Respectfully submitted,

*/s/ D. Maimon Kirschenbaum*

D. Maimon Kirschenbaum

cc: All Counsel (via ECF)

SO ORDERED
Dated: 7/22/16
RICHARD J. SULLIVAN
U.S.D.J.

1