**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

Jeffery A. Meyer, Esq.
jmeyer@kdvlaw.com

August 2, 2016

**VIA ECF**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*Re*: *Murphy et al. v. LaJaunie et al.*
*Case Number: 13 CV 6503 (RJS)*

Dear Judge Sullivan:

We represent the Defendants in the above referenced matter. We write to inform the Court that Mr. Lajaunie has indicated that he will be attending this evening's conference in person.

Thank you for your consideration of the foregoing.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

_____
Jeffery A. Meyer, Esq.

CC: All Counsel, Via ECF

4821-4211-3077, v. 1

4827-6274-1045, v. 1

New York | Pennsylvania | New Jersey | San Francisco | Los Angeles | Florida | Chicago