UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2016 AUG -9  AM 11: 41
S.D. OF N.Y.

__MURPHY et al__
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s))

-against-

__LAJAUNIE et al__
(In the space above enter the full name(s) of the defendants(s)/respondent(s))

NOTICE OF PRO SE APPEARANCE

13 Civ. 6503 ( )( )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/16

Please take notice that I, __PHILIP LAJAUNIE__ Plaintiff / **Defendant**
(Circle One)

in this action, hereby appear **Pro Se** and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

__LAJAUNIE, PHILIP__
Name (Last, First, MI)

__411 PARK AVE SOUTH, Apt #3D   NYC   NY   10016__
Address                              City              State    Zip Code

(917) 771-0727    PL@FirstAdminInc.com   PLAJAUNIE@OUTLOOK.co
Telephone Number                      E-mail Address

08/09/16                    /s/
Date                        Signature