RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2016 AUG 12 PM 12:51
S.D. OF N.Y.

ETHAN MURPHY et al.

---

Fill in above the full name of each plaintiff or petitioner.

Case No. 13 CV 6503 (RJS)

-against-

PHILIP LAJAUNIE et al.

---

Fill in above the full name of each defendant or respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-12-16

## DECLARATION

MOTION FOR RECONSIDERATION OF ORDER DOC. No. 260 (08/10/16) AND STAY OF PROCEEDINGS

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, PHILIP LAJAUNIE, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

PLEASE SEE ATTACHED DOCUMENT (5 PAGES)

Rev. 6/30/16