RECEIVED
SDNY PRO SE OFFICE

2016 SEP -7 PM 1:18

S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Ethan Murphy, et al,**

(List the full name(s) of the plaintiff(s)/petitioner(s).)

13 CV 6503 (RTS)(   )

-against-

**NOTICE OF APPEAL**

**Philippe Lajaunie, et al.**

(List the full name(s) of the defendant(s)/respondent(s).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **SEP 0 7 2016**

Notice is hereby given that the following parties: **Philippe Lajaunie**

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☐ judgment    ☒ order    entered on: **August 10, 2016**

(date that judgment or order was entered on docket)

that:    **PLEASE SEE RIDER**

(If the appeal is from an order, provide a brief description above of the decision in the order.)

**September 7, 2016**
Dated

Signature*

**Lajaunie, Philippe**
Name (Last, First, MI)

**411 Park Avenue South, Apt 3D**    **New York**    **NY**    **10016**
Address    City    State    Zip Code

**(917) 771-0727**    **Plajaunie@outlook.com**
Telephone Number    E-mail Address (if available)

**9/7/2016**

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

## RIDER TO NOTICE OF APPEAL

1- The Court orders Lajaunie to pay $7000.00 sanction for failing to timely produce discovery document;

2- Granting Plaintiff's third motion to reconsider the denials of the Court's order that Lajaunie was not an employer under the NYLL;

3- Granting Defendants attorneys' renewed motion to withdraw as attorneys for all Defendants; and

4- Granting a default judgment against Defendants in favor of Plaintiffs and permitting recovery of unlawfully retained tips under the NY LL 196-d.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHAN MURPHY et al.
(List the name(s) of the plaintiff(s)/petitioner(s).)

13 Civ. 6503 (RTS) ( )

- against -

**AFFIRMATION OF SERVICE**

PHILIPPE LAJAUNIE et al.

(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) PHILIPPE LAJAUNIE, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): APPEAL

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) MAIL to the following persons (list the names and addresses of the people you served):

JEFFREY GOLDMAN
MAIMON KIRSHENBAUM

on (date you served the document(s)) 09/07/16.

09/07/16
Dated

Signature

Address: 411 PARK AVE SOUTH APT #3D
City, State: NEW YORK NY
Zip: 10016

Telephone Number: 917-771-0727

E-Mail Address: PLAJAVN.E@OUTLOOK.com

Rev. 01/2013