**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
Laura Reznick

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/16

November 7, 2016

**VIA ECF**

Judge Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **Murphy v. LaJaunie**
             No. 13 CV 6503

Dear Judge Netburn:

      Together with the Law Offices of Jeffrey E. Goldman, we are class counsel in the above-referenced matter. I write to respectfully request an adjournment of the deadline for Plaintiffs' damages inquest submission, which is currently November 9, 2016.

      We seek this adjournment because we recently began settlement discussions with Defendant 15 John Corp.'s bankruptcy attorney and an additional legal advisor to Defendant Philippe Lajaunie that we believe will be productive. Mr. Lajaunie has agreed to produce detailed financial information by November 18, 2016 that will enable us to determine the full extent of his and the other Defendants' financial resources and evaluate the amount of money available to pay any settlement or judgment in this case. Based on the limited financial information we have already reviewed as well as the bankruptcy filings of 15 John Corp., it seems clear that there is indeed a limited pool of money from which the Class will be able to collect. As such, we request that Plaintiffs' damages inquest submission deadline be adjourned until two weeks after we notify the Court that settlement discussions have ended, but in any event no earlier than November 30, 2016. We further propose that we update the Court regarding the status of settlement discussions within 30 days.

---

The Plaintiffs' request to adjourn the deadline for filing of their damages inquest submission is GRANTED, in light of the ongoing settlement discussions. The parties shall file a status letter by Friday, December 9, 2016 informing the Court of the status of settlement discussions. Plaintiffs shall file their damage inquest submission by Monday, December 19, 2016, unless good cause for further adjournment of the deadline is shown.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

New York, New York
November 7, 2016