JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
Laura Reznick

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2016

December 8, 2016

**VIA ECF**

Judge Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Murphy v. LaJaunie
                 No. 13 CV 6503

Dear Judge Netburn:

      Together with the Law Offices of Jeffrey E. Goldman, we are class counsel in the above-referenced matter. I submit this status update in accordance with the Court's November 7, 2016 Order.

      Defendant Lajaunie has now produced hundreds of pages of financial records that we have carefully reviewed. The parties are meeting on Monday, December 12, 2016, to discuss the amount and structure of a possible settlement in light of the Mr. Lajaunie's limited financial resources and the bankruptcy of 15 John Corp. Mr. Lajuanie has indicated that once Plaintiffs make their inquest submissions he will likely retain counsel in order to submit an opposition, which would reduce the money available to pay a settlement or collect on a judgment. Therefore, to allow the parties to engage in productive settlement discussions while preserving the resources available to pay a settlement, we respectfully request that the Court adjourn the deadline for Plaintiffs' damages inquest submission from December 19, 2016 to January 19, 2016. This is the third request for an adjournment of this deadline, and the Court granted our previous requests. Defendant Lajaunie consents to this request.

---

The plaintiffs' request for an extension of the deadline to file a damages inquest submission is GRANTED, in light of the continuing progress of settlement discussions. The parties shall file a joint status letter by Friday, January 7, 2017, informing the Court of the status of settlement discussions. Plaintiffs are to file their damages inquest submission by Thursday, January 19, 2017. In the event that the parties believe a settlement conference mediated by the Court would be productive, they are instructed to call Courtroom Deputy Joseph Mendieta at (212) 805-0286 with both parties on the line as soon as possible.
**SO ORDERED.**

                            _____
                            SARAH NETBURN
New York, New York     United States Magistrate Judge
December 12, 2016