**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
Laura Reznick

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/09/2017

www.jk-llp.com

January 6, 2017

**VIA ECF**

Judge Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Murphy v. LaJaunie
               No. 13 CV 6503

Dear Judge Netburn:

      Together with the Law Offices of Jeffrey E. Goldman, we are class counsel in the above-referenced matter. I submit this status update in accordance with the Court's December 12, 2016 Order.

      Since the Court's Order, the parties have engaged in productive settlement discussions that have significantly narrowed the gap. We are attempting to agree on a final number in light of, among other things, the need to incorporate any settlement into the anticipated bankruptcy plan for Defendant 15 John Corp. If the parties are able to agree to a settlement amount, we also need to determine how to allocate a settlement and how to satisfy the required procedures of the bankruptcy court. The parties' settlement discussions are continuing, and we are optimistic that within the next month we will know whether or not a settlement is possible. Accordingly, we respectfully request that the Court adjourn the deadline for Plaintiffs' damages inquest submission from January 19, 2017 to February 20, 2017. This is the fourth request for an adjournment of this deadline, and the Court granted our previous requests. Defendant Lajaunie

---

The plaintiffs' request for an extension of the deadline to file a damages inquest submission is GRANTED, in light of the continuing progress of settlement discussions. The parties shall file a joint status letter by Monday, February 6, 2017, informing the Court of the status of settlement discussions. Plaintiffs are to file their damages inquest submission by Monday, February 20, 2017. In the event that the parties believe a settlement conference mediated by the Court would be productive, they are instructed to call Courtroom Deputy Joseph Mendieta at (212) 805-0286 with both parties on the line as soon as possible. Finally, the parties are directed to discuss whether they wish to consent to the jurisdiction of a Magistrate Judge, pursuant to 28 U.S.C. 636(c). If so, the parties are to file a consent form with Judge Sullivan within two weeks.
**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN

New York, New York                    United States Magistrate Judge
January 9, 2017