**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

---

Charles Joseph
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
Laura Reznick

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.JK-LLP.com

February 6, 2017

**VIA ECF**

Judge Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Murphy v. LaJaunie
     No. 13 CV 6503

Dear Judge Netburn:

Together with the Law Offices of Jeffrey E. Goldman, we are class counsel in the above-referenced matter. I submit this status update in accordance with the Court's January 9, 2017 Order.

The parties have reached an agreement in principle regarding the amount and structure of a settlement. As the agreement involves an anticipated bankruptcy plan in the bankruptcy proceedings for Defendant 15 John Corp., it is subject to the agreement of 15 John Corp.'s secured creditors. In light of this, we respectfully request that the February 20, 2017 deadline for Plaintiffs' damages inquest submission be adjourned *sine die*. We thank the Court for its attention to this matter.

Respectfully submitted,

Denise A. Schulman