**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
Laura Reznick

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/07/2017

February 6, 2017

**VIA ECF**

Judge Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   Murphy v. LaJaunie
              No. 13 CV 6503

Dear Judge Netburn:

    Together with the Law Offices of Jeffrey E. Goldman, we are class counsel in the above-referenced matter. I submit this status update in accordance with the Court's January 9, 2017 Order.

    The parties have reached an agreement in principle regarding the amount and structure of a settlement. As the agreement involves an anticipated bankruptcy plan in the bankruptcy proceedings for Defendant 15 John Corp., it is subject to the agreement of 15 John Corp.'s secured creditors. In light of this, we respectfully request that the February 20, 2017 deadline for Plaintiffs' damages inquest submission be adjourned *sine die*. We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              Denise A. Schulman

---

The parties' request to adjourn the February 20, 2017 deadline for plaintiffs to file their damages inquest submission *sine die* is GRANTED. The parties are to submit a status letter by Monday, May 08, 2017, detailing the status of the bankruptcy proceedings for Defendant 15 John Corp. as they pertain to the approval of this settlement agreement, and at 90-day intervals thereafter.
**SO ORDERED.**

                              SARAH NETBURN
                              United States Magistrate Judge

New York, New York
February 7, 2017