**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
Laura Reznick

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/09/2017

May 8, 2017

**VIA ECF**

Judge Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Murphy v. LaJaunie
             No. 13 CV 6503

Dear Judge Netburn:

      Together with the Law Offices of Jeffrey E. Goldman, we are class counsel in the above-referenced matter. I submit this status update in accordance with the Court's February 7, 2017 Order.

      As set forth in Plaintiffs' February 6, 2017 letter, earlier this year the parties reached a settlement in principle. Part of the settlement in principle was a six figure upfront payment upon approval of a bankruptcy plan. Since then, however, Defendants have stated that they will reduce the upfront payment by roughly half. As such, it is not clear that the parties will be able to agree to a settlement. Therefore, we respectfully request a deadline of July 10, 2017 for Plaintiffs to file their damages inquest submission, unless the parties are able to finalize a settlement agreement before that date.

      We thank the Court for its attention to this matter.

Respectfully submitted,

---

In the event that the parties are unable to finalize their settlement agreement, the plaintiffs shall file their damages inquest submission by July 10, 2017.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

May 9, 2017
New York, New York