UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ETHAN MURPHY, et al.,

                                **Plaintiffs,**                      13-CV-06503 (RJS)(SN)

        -against-                                                 **ORDER**

PHILIPPE LAJAUNIE, et al.,,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Upon considering the parties' positions concerning the status of the concurrent bankruptcy proceedings in this case, the Court ADJOURNS *sine die* the deadline for Defendants to respond to Plaintiffs' damages inquest submission set by the Court's July 10, 2017 Scheduling Order. The parties shall submit a joint status letter by Tuesday, September 26, 2017, informing the Court of the status of the bankruptcy proceedings as to 15 John Corp. and the parties' positions as to whether briefing of the damages inquest should proceed.

**SO ORDERED.**

                                                       _____
                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:     July 25, 2017
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2017