Philip Lajaunie
411 Park Ave South, Apt 3D
New York, NY 10016
PL@FirstAdminInc.com
(917) 628-8884

RECEIVED
SDNY PRO SE OFFICE
2019 APR 23 PM 12:46
S.D. OF N.Y.

April 18, 2019

**Via email to Chambers and Priority USPS to the Court's Pro se intake unit**

Honorable Richard J. Sullivan
United States Court of Appeals for the Second Circuit
Thurgood Marshall United Sates Courthouse
40 Foley Square
New York, NY 10007

**Re: Murphy v. Lajaunie**

**No. 13 Civ. 6503 (RJS)**

Dear Judge Sullivan,

Defendant Philip Lajaunie, appearing Pro se, would like to respectfully submit to the Court the following Reply to what may be Plaintiffs' Opposition to his Motion for Reconsideration:

In his Motion, Defendant's Affidavit itemized the numerous new facts that came to light during the proceedings pertaining to Plaintiffs' Proposed Judgment. There is now a factual dispute as to the main facts:

a. Defendants had timely delivered the requested final documents to Plaintiffs, in the form of their original business records.
b. The Proposed Judgment allocations did not use the original source documents, which impacts the allocations of hundreds of employees, and renders the Default unfounded.

Plaintiffs have repeatedly dismissed Defendant's objections without contesting their substance.

Defendant Lajaunie would like to thank the Court for its attention to this matter.

Respectfully submitted,

Philip Lajaunie

PL@FirstAdminInc.com

To the Court:

Adam Margulies: CA02_RJSchambers@ca2.uscourts.gov

Law Clerk to the Honorable Richard J. Sullivan

To the Plaintiffs:

Maimon Kirschenbaum: Maimon@jk-llp.com

Denise Schulman: Denise@jk-llp.com




Ms. Cecilia Rudden
United States District Court of
the Southern District of New York
Pro Se Intake Unit
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 105
New York, NY 10007

RITY® **FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

IL ★ APPLY PRIORITY MAIL POSTAGE HERE

**P**



U.S. POSTAGE
$7.35
PM 1-Day
10017 0005
Date of sale
04/18/19
06 2S SSK
11487829
050390418115254

## PRIORITY MAIL 1-Day®

EXPECTED DELIVERY DAY: 04/19/19

0005

Ms. Cecilia Rudden
United States District Court of the Southern District of New York
Pro Se Intake Unit
Thurgood Marshall U.S. Courthouse

SHIP
TO:

40 FOLEY SQ
NEW YORK NY 10007-1502

RECEIVED
SDNY PRO SE OFFICE
2019 APR 23 PM 1:
C014

USMSDNY

ents, the maximum weight is 4 lbs.

USPS TRACKING NUMBER



9505 5066 8246 9108 1236 66