# Exhibit 2

**Class member allocation for all claims - July 29, 2019**

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| Abbate | Salvatore | | | | | $100.31 | | | **$100.31** |
| AGOSTINI | CAROLE C | $930.54 | | | | | | | **$930.54** |
| Aguirre | Kevin | | | | | $1,133.47 | | | **$1,133.47** |
| Ahmed | Jayed | $48.01 | | | | | | | **$48.01** |
| AHMED | KAISER | | | | | $1,334.09 | $1,014.17 | | **$2,348.26** |
| Ahmed | Koober | $360.10 | | | | | | | **$360.10** |
| AHMED | MD Taher | $5,425.50 | | | | | | | **$5,425.50** |
| Ahmed | Shoeb | | | | | $692.12 | | | **$692.12** |
| AHMED | TUFAIL | | | | | $621.91 | $601.25 | | **$1,223.16** |
| Ahmed | Wajih Uddin | $504.14 | | | | | | | **$504.14** |
| ALEM | MEHDI | $948.26 | | | | | | | **$948.26** |
| ALEXANDER | JONATHAN D | | | | | $5,570.40 | | | **$5,570.40** |
| ALFIERI | DANIELLE M. | | | | | $2,434.13 | | | **$2,434.13** |
| Allen | Karla | $14,286.61 | | $3.81 | | | | | **$14,290.42** |
| ALMONTE | ALBERTO | $2,748.76 | | $117.95 | | | | | **$2,866.71** |
| Alta | Jose | $708.20 | | | | | | | **$708.20** |
| ANDRES | ZAVALA | $432.12 | | | | | | | **$432.12** |
| Anschutz | Alexandra | | | | | $23,873.15 | | | **$23,873.15** |
| Antao | Philip | | | | | $5,289.54 | | | **$5,289.54** |
| Aplanalp | Madison | | | | | $117.03 | | | **$117.03** |
| AQUINO | FRANCISCO | $26,022.04 | | | | | | | **$26,022.04** |
| Arango | Jaime | | | | | $117.03 | | | **$117.03** |
| ARAUJO | SAMUEL L | $20,252.45 | | | | $10,438.65 | | $126.69 | **$30,817.79** |
| Argentieri | Michael | | | | | $401.23 | | | **$401.23** |
| Arroyo | Valentin | $6,493.79 | | | | | | | **$6,493.79** |
| Asbury | Cameron | $235.49 | | | | | | | **$235.49** |
| AYINDE | NYAMKA S | $21,233.67 | $11,843.10 | | | | | | **$33,076.77** |
| AZCATL TEPOX | ROBERT CARLOS | $624.17 | | $12.40 | | | | | **$636.57** |
| BAEZ | ROBERT CELADO | | | | | $210.65 | | $0.75 | **$211.40** |
| BAIN | CARLEY | | | | | $3,560.91 | | | **$3,560.91** |
| BAINDURISHUILI | NATALIA | | | | | $14,206.87 | $16,134.17 | | **$30,341.04** |
| Baldi | Elizabeth | | | | | $21,719.89 | | | **$21,719.89** |
| Ballain | Jordan | | | | | $611.87 | | | **$611.87** |
| Ballois | Anastasia | | | | | $12,170.63 | | $11.04 | **$12,181.67** |
| BALOVA | SREBRINA | $9,027.26 | $3,835.88 | | | | | | **$12,863.14** |
| Banik | Ashik | | | | | $117.03 | | | **$117.03** |
| BARRETT | KELLY | | | | | $1,076.63 | | | **$1,076.63** |

**Class member allocation for all claims - July 29, 2019**

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| Barry | Emily | | | | | $762.34 | | | **$762.34** |
| Barsky | Reuben F. | $169.19 | | | | | | | **$169.19** |
| BAUTISTA | LOURDES | | | | | $17,600.60 | | | **$17,600.60** |
| BAVARO | JAY T. | | | | | $541.66 | | | **$541.66** |
| BAZAN LOPEZ | VICTOR | $9,410.60 | | $94.90 | | | | | **$9,505.50** |
| BECKER | JULIANNA E | $14,718.35 | | $164.61 | | | | | **$14,882.96** |
| Bedford | Lea | | | | | $1,100.04 | | | **$1,100.04** |
| Beg | Saltana | $120.03 | | | | | | | **$120.03** |
| Benko | Emily | | | | | $1,146.85 | | | **$1,146.85** |
| BERLIN | MARK | $313.99 | | | | | | | **$313.99** |
| Berrios | Ariel | $902.73 | | | | | | | **$902.73** |
| BETANCES | PAOLA M. | | | | | $5,125.71 | $466.20 | | **$5,591.91** |
| Bettig | Guillaume | $5,494.85 | | | | | | | **$5,494.85** |
| BIALAS | ALEXANDRE | $9,027.26 | | | | $5,336.35 | | | **$14,363.61** |
| BISI | FRANCOIS | $2,001.70 | | | | | | | **$2,001.70** |
| Bispo | Daiana | $528.72 | | | | | | | **$528.72** |
| Boe | Alexander | $7,849.79 | | | | | | | **$7,849.79** |
| BOLANOS | MARIO A | | | | | $1,123.44 | | | **$1,123.44** |
| BONILLA | VICTOR | $8,114.24 | $9,561.83 | | | | | | **$17,676.07** |
| Borelli | Mauro | | | | | $20.06 | | | **$20.06** |
| Brabti | Mourad | | | | | $100.31 | | | **$100.31** |
| Bradford | Rolen | $6,083.59 | | | | | | | **$6,083.59** |
| BRADY | STEVEN M | | | | | $6,787.47 | | | **$6,787.47** |
| BRAVO | ALBERTO | $1,788.49 | | | | | | | **$1,788.49** |
| Bravo | Ivan | | | | | $10.03 | | | **$10.03** |
| Bravo | Leonel | | | | | $10.03 | | | **$10.03** |
| Bridikyte | Renata | $16,602.30 | | | | | | | **$16,602.30** |
| Brosnan | James | $4,788.37 | | $63.39 | | | | | **$4,851.76** |
| Browne | Alysa N | $3,924.89 | | $43.11 | | | | | **$3,968.00** |
| Broyles | Andrew B. | | | | | $257.46 | | | **$257.46** |
| Brutus | Jephthe | | | | | $130.40 | | | **$130.40** |
| Bryan | James J. | | | | | $30.09 | | | **$30.09** |
| Buchanan | Capricia | | | | | $140.43 | | | **$140.43** |
| Buchholz | Melissa | $42.30 | | | | | | | **$42.30** |
| BUNGAG | FRANCISCO GUMABAY | | | | | $320.98 | | | **$320.98** |
| Burnett | Daniel | | | | | $889.39 | | | **$889.39** |

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| Bustamante | Omar | | | | | $3,019.25 | | | **$3,019.25** |
| CAMARILLO | ZENON | $13,743.80 | $8,717.88 | | | | | | **$22,461.68** |
| Campbell | Evan | | | | | $802.46 | | | **$802.46** |
| Campbell | Laura | | | | | $748.96 | | | **$748.96** |
| Canbulat | AJ | $5,259.36 | | | | | | | **$5,259.36** |
| Cano | Ahmed | $384.11 | | | | | | | **$384.11** |
| Cardenas | Raul | $2,808.78 | | $102.92 | | | | | **$2,911.70** |
| Carey | Hannah M | $1,844.70 | | | | | | | **$1,844.70** |
| Carman | Roswell L. | | | | | $2,761.80 | | | **$2,761.80** |
| Carrasco | Michael | $941.12 | | | | | | | **$941.12** |
| CARRENO JIMENEZ | JIMENEZ,WILSON H | $53,967.29 | | $4.13 | | | | | **$53,971.42** |
| CASO | FELIX JOSE | $2,088.58 | | | | | | | **$2,088.58** |
| Castillo | Carlos | | | | | $70.22 | | | **$70.22** |
| CASTILLO | STEPHANIE | $3,728.65 | | | | | | | **$3,728.65** |
| Castro | Mariano | | | | | $1,063.26 | | | **$1,063.26** |
| Caudal | Didier | | | | | $444.70 | | | **$444.70** |
| CEBALLOS | CARLOS F | $90,272.55 | | | | | | | **$90,272.55** |
| Celic | Christina | $2,136.02 | | | | | | | **$2,136.02** |
| Cervantes | Celinda B | | | | | $1,497.92 | | | **$1,497.92** |
| CHAKARABORTY | BARUN | | | | | $3,651.19 | $3,515.81 | | **$7,167.00** |
| Chandro | Liton | | | | | $2,798.58 | | | **$2,798.58** |
| Chase | Courtney | $6,790.07 | | | | | | | **$6,790.07** |
| Chauveliere | Marc | $613.31 | | | | | | | **$613.31** |
| Chavez | Jorge | | | | | $60.18 | | | **$60.18** |
| CHAVEZ | NERY | $22,938.34 | $22,421.25 | $241.79 | | | | | **$45,601.38** |
| CHAVEZ | VERONICA P | $2,982.92 | | | | | | | **$2,982.92** |
| Chen | Diane | | | | | $187.24 | | | **$187.24** |
| CHOUDHURY | SHARIF A. | | | | | $7,232.16 | $4,622.45 | | **$11,854.61** |
| Chowdhury | Abdus | $2,256.62 | | | | | | | **$2,256.62** |
| Chowdhury | Enamul | $2,580.71 | | | | | | | **$2,580.71** |
| CHOWDHURY | JOWEL | $3,853.06 | | $97.65 | | $3,490.70 | | $8.95 | **$7,450.36** |
| Chowdhury | Rezwanul | $12,615.48 | $16,865.31 | | | $50.15 | $28.94 | | **$29,559.87** |
| Chu | Carol | $8,988.01 | | | | | | | **$8,988.01** |
| CLOUSE | NICOLE K | $11,811.55 | $9,033.80 | | | | | | **$20,845.35** |
| Cohen | Kevin | $84.59 | | | | 374.48 | | | **$459.07** |
| COLHOUER | JOHN | | | | | $3,768.21 | | | **$3,768.21** |
| Combs | Chad David | $15,738.82 | | $13.49 | | | | | **$15,752.31** |

**Class member allocation for all claims - July 29, 2019**

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| Cornejal | Agustin | $324.09 | | | | | | | **$324.09** |
| CORTEZ | JORDAN | | | | | $3,691.31 | $3,552.97 | | **$7,244.28** |
| Cortez Aranda | Alejandro | $1,212.33 | | | | | | | **$1,212.33** |
| Corzo | Carmen | | | | | $4,798.04 | | | **$4,798.04** |
| Cramer | Ryan | $7,074.24 | | | | | | | **$7,074.24** |
| Crisantos | Geraldo | $4,945.37 | | | | | | | **$4,945.37** |
| Crowl | Allison M | $627.98 | | $0.48 | | | | | **$628.46** |
| Crucianelli | John Paul | $65,545.72 | | $198.90 | | | | | **$65,744.62** |
| DACRUZ | PAUL A | $274.74 | | | | | | | **$274.74** |
| Daughtry | Brooks | | | | | $257.46 | | | **$257.46** |
| DAVIS | CHRISTOPHER V | | | | | $37,728.94 | $18,861.59 | | **$56,590.53** |
| Davis | Elizabeth | | | | | $5,593.81 | | $95.24 | **$5,689.05** |
| Day | Timothy | | | | | $631.94 | | | **$631.94** |
| De Los Santos | Aldegundo | $1,416.39 | | | | | | | **$1,416.39** |
| De Merced | Jesus | $1,788.49 | | | | | | | **$1,788.49** |
| De Oliveira | Paulo | $18,054.51 | | | | $163.84 | | | **$18,218.35** |
| Delima | Daniel | | | | | $762.34 | | | **$762.34** |
| DELMANGE | PATRICK A | $3,625.00 | | $116.64 | | | | | **$3,741.64** |
| DEPALMER | GIULIANA BARBARA | | | | | $6,904.49 | | | **$6,904.49** |
| Devlin | Casey | | | | | $46.81 | | | **$46.81** |
| DIAGNE | ANTA | | | | | $27,594.56 | | | **$27,594.56** |
| DIAZ | EDUARDO | $3,012.83 | | $18.81 | | | | | **$3,031.64** |
| DIAZ | SHEILA K | $126.89 | | | | | | | **$126.89** |
| DIAZ | WILMER L | $549.49 | | $3.29 | | | | | **$552.78** |
| Diop | Sidy | $5,341.48 | | | | | | | **$5,341.48** |
| Diskin | Sean | $78.50 | | | | | | | **$78.50** |
| Do Carmo | Elieser L. | $117.75 | | | | | | | **$117.75** |
| DOHERTY | MARK J | $3,954.81 | | | | | | | **$3,954.81** |
| DOMINGUEZ | ELMER D. | | | | | $3,557.57 | | | **$3,557.57** |
| Dominquez | Elmer | | | | | $22,047.56 | | | **$22,047.56** |
| Doumbia | Moyakabi | $34,125.43 | $36,015.25 | $151.99 | | | | | **$70,292.67** |
| DOYLE | KRISTA | $79,871.59 | | | | | | | **$79,871.59** |
| Dreyfack | Daniel | $11,185.95 | | | | $6,108.72 | | | **$17,294.67** |
| Dumancela | Julio | $72.02 | | | | | | | **$72.02** |
| Duran | Angela | | | | | $4,353.34 | | | **$4,353.34** |
| Dyson | Irving | | | | | $130.40 | | | **$130.40** |
| DZIEDZIC | ERYK A | $30,064.69 | | | | | | | **$30,064.69** |

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| Edmundson | Nevin | $902.73 | | | | | | | $902.73 |
| Elder | Brian | $95.17 | | | | | | | $95.17 |
| Elixauide | Heriberto | $353.24 | | | | | | | $353.24 |
| Enderi | John | $7,928.29 | | | | | | | $7,928.29 |
| ENSUNCHO | GLEYBER D | $627.98 | | $2.25 | | | | | $630.23 |
| Escandon | Loren | $29,907.69 | | $7.73 | | | | | $29,915.42 |
| Espitia | Pablo | $196.24 | | | | | | | $196.24 |
| Fall | Adam | $72.02 | | | | | | | $72.02 |
| Farr | Marie | $1,194.90 | | | | | | | $1,194.90 |
| Faruque | Mohammed | $96.03 | | | | | | | $96.03 |
| Faulkner | Clinton | | | | | $3,183.09 | | | $3,183.09 |
| FEARING | GEORGE M. | $592.16 | | | | | | | $592.16 |
| Fenichel | Kieran M | | | | | $2,504.34 | | | $2,504.34 |
| Fermin | Janckell | $1,116.31 | | | | | | | $1,116.31 |
| FERNANDEZ AVELLO | AVELLO,MARIELA F | | | | | $45,733.47 | | $200.95 | $45,934.42 |
| Fernandez Avello | Mariela | $132,504.41 | | | | | | | $132,504.41 |
| Fields | Kenneth | | | | | $300.92 | | | $300.92 |
| FIOCCOLA | ANGELA M | $3,130.01 | | | | | | | $3,130.01 |
| Firminhac | Julien | | | | | $327.67 | | | $327.67 |
| Fitch | Andrey | | | | | $80.25 | | | $80.25 |
| Flanders | JASON BERNARD | $288.08 | | $7.26 | | | | | $295.34 |
| FLOAREA | CRISTINA | $49,257.42 | $25,903.08 | | | | | | $75,160.50 |
| Florencio | Leovigildo | $13,619.38 | | | | | | | $13,619.38 |
| Flores | Fabian | | | | | $230.71 | | | $230.71 |
| FLOWERS | HAROLD | | | | | $43,158.91 | | $57.72 | $43,216.63 |
| FLOWERS | HAROLD E. | $981.22 | | | | | | | $981.22 |
| Frost | Natalie | $9,950.46 | | | | $7,222.13 | | | $17,172.59 |
| FROTA | TXAI | | | | | $2,287.01 | | | $2,287.01 |
| Fuller | Colby J | | | | | $1,170.25 | | | $1,170.25 |
| Galan | Juan | $120.03 | | | | | | | $120.03 |
| Galvez | Karen | $353.24 | | | | | | | $353.24 |
| Garcia | Altagracia | | | | | $12,685.54 | | | $12,685.54 |
| GARCIA | CARLOS M. | | | | | $374.48 | | | $374.48 |
| GARCIA | GUILLERMO | $5,180.86 | | | | | | | $5,180.86 |
| GARCIA | ISRAEL | $8,378.31 | | | | | | | $8,378.31 |
| Garcia | Wilson | $1,320.36 | | | | | | | $1,320.36 |
| Garrett | Mia | $1,452.21 | | $4.86 | | | | | $1,457.07 |

Class member allocation for all claims - July 29, 2019

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| Gazzo | Alexandre | | | | | $444.70 | | | **$444.70** |
| GERTEIS | EMILY P | $13,187.64 | | $166.07 | | | | | **$13,353.71** |
| Giannone | Anthony | | | | | $2,196.73 | | | **$2,196.73** |
| GILL | BRYCE | | | | | $4,413.52 | | | **$4,413.52** |
| GIORDANO | MICHAEL J | $432.12 | | $7.20 | | | | | **$439.32** |
| Giorgio Reyes | Armando | | | | | $7,613.33 | | | **$7,613.33** |
| GIRONDO | CAROLYN J. | | | | | $1,334.09 | | | **$1,334.09** |
| Glass | Casey | $1,216.72 | | | | | | | **$1,216.72** |
| GOMEZ | DANILA A | | | | | $2,223.48 | | | **$2,223.48** |
| GONZALES | MARTIN | $10,923.02 | | $227.26 | | | | | **$11,150.28** |
| GONZALESZ | GIOVANNI | $3,192.88 | | $103.54 | | | | | **$3,296.42** |
| Gonzalez | Jonathan | $7,771.29 | | | | | | | **$7,771.29** |
| GONZALEZ | JOSE | | | | | $60.18 | | | **$60.18** |
| GONZALEZ | VALENTIN | | | | | $531.63 | | | **$531.63** |
| Gradauskas | Steponas | | | | | $5,898.07 | | | **$5,898.07** |
| GRANDE | MARTIN | $1,548.43 | | | | | | | **$1,548.43** |
| GRANOBLES | JORGE | $288.08 | | | | | | | **$288.08** |
| Gray | Rachael Laura | $6,905.05 | | | | | | | **$6,905.05** |
| Gregory | Matthew | | | | | $1,213.72 | | | **$1,213.72** |
| GRIGGS | XYLINA G. | | | | | $1,193.66 | | | **$1,193.66** |
| GUARINO | JOSEPH J | | | | | $8,191.77 | $7,226.30 | | **$15,418.07** |
| Guarirapa | Iliana | $2,865.17 | | | | | | | **$2,865.17** |
| GUENTHER | CAITLIN W. | | | | | $1,123.44 | | | **$1,123.44** |
| Gurvits | Dmitry | $3,193.46 | | | | $1,594.89 | | | **$4,788.35** |
| HAAS | ANNA | $17,112.54 | | $169.62 | | | | | **$17,282.16** |
| HADDOCK | KIM L | $12,206.42 | | | | | | | **$12,206.42** |
| Halamoutis | Kendra | | | | | $1,685.16 | | | **$1,685.16** |
| Hall | William | $1,138.22 | | | | | | | **$1,138.22** |
| Hamilton | William M | $235.49 | | $0.48 | | | | | **$235.97** |
| Hammond | Michael | | | | | $23.41 | | | **$23.41** |
| Haney | Brooke | | | | | $250.77 | | | **$250.77** |
| HANSON | DANE C. | | | | | $1,183.63 | | | **$1,183.63** |
| HARDENBROOK | EMILY E. | $1,844.70 | | | | $3,323.52 | | | **$5,168.22** |
| HARPER | ALEXANDER | | | | | $4,704.42 | $7,814.67 | | **$12,519.09** |
| HARRIS | AFRICA P | $19,820.71 | | | | | | | **$19,820.71** |
| HARTER | THOMAS IAN | $588.73 | | $4.16 | | | | | **$592.89** |
| Hartveg | Vivien | | | | | $46.81 | | | **$46.81** |

**Class member allocation for all claims - July 29, 2019**

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| Hasan | Mohammad | $72.02 | | | | | | | **$72.02** |
| Hasan | Mohammad | | | | | $11,675.78 | | | **$11,675.78** |
| HASAN | MOHAMMAD M | $84.02 | | | | | | | **$84.02** |
| HEDIEN | TROY B | | | | | $772.37 | $243.36 | | **$1,015.73** |
| HEDJAZI | RAPHAEL MYRON | | | | | $3,791.62 | $3,395.12 | | **$7,186.74** |
| HERNANDEZ | EMANUEL | | | | | $421.29 | | $11.79 | **$433.08** |
| HERNANDEZ | ROBERTO | $20,345.62 | | $104.56 | | | | | **$20,450.18** |
| Hincapie | Ivan D. | $39.25 | | | | | | | **$39.25** |
| HOGREFE | SARA F | | | | | $280.86 | | | **$280.86** |
| Holden | Larry | | | | | $1,314.03 | | | **$1,314.03** |
| Holton | Myles | | | | | $234.05 | | | **$234.05** |
| Horta | Harold | $510.24 | | | | | | | **$510.24** |
| HOSSAIN | MD. SHAKHAWAT | | | | | $2,046.27 | | | **$2,046.27** |
| Hossain | Mohammad | $1,740.48 | | | | | | | **$1,740.48** |
| HOWELL | JESSICA | | | | | $20,028.04 | | $51.15 | **$20,079.19** |
| Hssine | Mehdi | $12.00 | | | | | | | **$12.00** |
| Hulihan | James | $6,640.69 | $762.89 | | | | | | **$7,403.58** |
| Hurtado | Andres L | $48.01 | | | | | | | **$48.01** |
| ISAAC | MEJIA | $1,284.35 | | | | | | | **$1,284.35** |
| Islam | MD Shafiquil | | | | | $7,362.56 | | | **$7,362.56** |
| Istratii | Igor | | | | | $6,610.26 | | | **$6,610.26** |
| IXCOY PEREZ | ABDIAS | $13,023.60 | $21,592.26 | | | | | | **$34,615.86** |
| Janson | Per | | | | | $411.26 | | | **$411.26** |
| JIMENEZ | MAURICIO A | $5,266.03 | | | | | | | **$5,266.03** |
| Jimenez | Maurico | | | | | $2,437.47 | | | **$2,437.47** |
| JOHNSON | ISAIAH | | | | | $461.41 | | | **$461.41** |
| Johnson | Shelia | $510.24 | | | | | | | **$510.24** |
| Johnston | Brittany | $196.24 | | | | | | | **$196.24** |
| Jxcoy Porez | Audillas | $6,133.69 | | $158.88 | | | | | **$6,292.57** |
| Kabir | Tawhid | | | | | $40.12 | | | **$40.12** |
| Kahl | Ryan J | $1,173.75 | | | | | | | **$1,173.75** |
| Kassel | Aidan | $8,818.72 | | | | | | | **$8,818.72** |
| Kassoum | Sylla | $48.01 | | | | | | | **$48.01** |
| KAYE | CHARLENE | $23,588.61 | | $181.88 | | | | | **$23,770.49** |
| Keating | Alina | | | | | $46.81 | | | **$46.81** |
| Khalik | Mohammed | $136,861.04 | $40,469.44 | $285.32 | | | | | **$177,615.80** |
| Khan | Abdulla | | | | | $4,212.91 | | | **$4,212.91** |

Class member allocation for all claims - July 29, 2019

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| KHAN | APPLE | | | | | $60.18 | | | **$60.18** |
| Khan | Hamed | $549.49 | | | | | | | **$549.49** |
| Khan | Mohammad | | | | | $3,209.84 | | | **$3,209.84** |
| KIRK | SPENCER M | | | | | $117.03 | | | **$117.03** |
| Kish | Destiny | | | | | $4,400.15 | | | **$4,400.15** |
| KOENIG | DAVID JOSEPH | $4,945.37 | | $54.15 | | | | | **$4,999.52** |
| Kollar | Marie Kelly | $15,856.57 | | $4.49 | | | | | **$15,861.06** |
| Kone | Souleymane | $7,238.00 | | | | | | | **$7,238.00** |
| Kordja | Vanessa | | | | | $1,310.68 | | $16.44 | **$1,327.12** |
| Koropey | Nadya | $592.16 | | | | | | | **$592.16** |
| KUZMICHEVA | ELENA | $1,628.45 | | | | | | | **$1,628.45** |
| La Rocca | Christopher | $3,179.16 | | | | | | | **$3,179.16** |
| LANDA SAILEMA | SAILEMA,GEOVANY | | | | | $2,979.13 | | | **$2,979.13** |
| LANE | EDWARD | $13,069.90 | $6,054.03 | | | | | | **$19,123.93** |
| Large | Kaitlin | | | | | $21,696.48 | | $141.14 | **$21,837.62** |
| Lari | Jessica | | | | | $5,386.51 | | | **$5,386.51** |
| Laubis | Rachel | | | | | $962.95 | | | **$962.95** |
| LAURENZA | JADE | | | | | $2,036.24 | | $8.79 | **$2,045.03** |
| LEE | KYUNG J | | | | | $4,446.96 | | | **$4,446.96** |
| LEON | ANTHONY N | | | | | $1,708.57 | | | **$1,708.57** |
| Lepatner | Mark | | | | | $117.03 | | | **$117.03** |
| LEVINE | BENJAMIN JAY | | | | | $46.81 | | | **$46.81** |
| Liakos | John P. | $31.72 | | | | | | | **$31.72** |
| LINFORTH | JASON P | $4,592.13 | | | | | | | **$4,592.13** |
| LINO PEREZ | SALVADOR | $108.03 | | | | | | | **$108.03** |
| Lister | Anna | | | | | $1,053.23 | | | **$1,053.23** |
| Lojan | Yakeline | | | | | $2,427.44 | | | **$2,427.44** |
| LONGORIA | JARED J. | $2,062.00 | | | | $1,955.99 | | | **$4,017.99** |
| LONGSTAFF | COLIN | $1,226.62 | | | | | | | **$1,226.62** |
| LOPEZ | ANDRES | | | | | $1,638.35 | | | **$1,638.35** |
| Lopez | Francisco | | | | | $1,240.47 | | | **$1,240.47** |
| Lopez | Giovany | | | | | $12,347.84 | | $171.87 | **$12,519.71** |
| LOUREIRO | ALVARO | | | | | $23,983.49 | | $196.84 | **$24,180.33** |
| Lucero | Geraldo | $4,297.19 | | | | | | | **$4,297.19** |
| LUCIANO | CRISTINA | | | | | $4,493.77 | | | **$4,493.77** |
| LUNA | OMAR | | | | | $11,134.12 | | | **$11,134.12** |
| Luna Ramos | Carmelo | | | | | $18,974.81 | | | **$18,974.81** |

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| LYONS | ALEXANDRA M | $3,650.15 | | $123.35 | | | | | **$3,773.50** |
| Lyons | Lisa C | | | | | $290.89 | | | **$290.89** |
| Madigan | Jennifer | | | | | $23.41 | | | **$23.41** |
| MAHAFUZ | ALIM A. | $941.97 | | | | | | | **$941.97** |
| Mallon | Ryan | $117.75 | | | | | | | **$117.75** |
| MALLOY | IAN E | | | | | $12,217.44 | $10,421.35 | | **$22,638.79** |
| Maneira | Ricardo | $6,593.82 | | | | $983.01 | | | **$7,576.83** |
| MANII | SARA | $6,554.57 | | | | | | | **$6,554.57** |
| Manii | Sara | $1,452.21 | | | | | | | **$1,452.21** |
| Manso | Ignacio | | | | | $10,976.97 | | | **$10,976.97** |
| Marello | Courtney B | $16,131.31 | | $3.79 | | | | | **$16,135.10** |
| Marques | Jorge | $2,184.60 | | | | | | | **$2,184.60** |
| MARTINEZ | ALBERTO | | | | | $5,145.77 | | | **$5,145.77** |
| Martinez | Sergio | | | | | $461.41 | | | **$461.41** |
| Martinez | Valente | $136,861.04 | $24,495.01 | $167.76 | | | | | **$161,523.81** |
| Martinez | Valentin | | | | | $5,466.76 | | | **$5,466.76** |
| MARTINEZ RAMIREZ | ALBERTO | | | | | $45,188.47 | | $306.37 | **$45,494.84** |
| Martinez Ramirez | Antonio | $16,798.54 | | $62.16 | | | | | **$16,860.70** |
| Martinez Ramirez | Antonio | | | | | $53,764.75 | | $261.49 | **$54,026.24** |
| Martinez Ramirez | MIGUEL | $12,075.34 | | $4.08 | | | | | **$12,079.42** |
| Martins | Valdaniel | $6,750.82 | | | | | | | **$6,750.82** |
| MARUF | ALIM AL | $14,051.12 | | | | $6,530.01 | | | **$20,581.13** |
| MATTHEWS | KATHERINE ANN | | | | | $2,153.26 | | | **$2,153.26** |
| McCaffrey | William P | | | | | $160.49 | | $2.42 | **$162.91** |
| McCleary | Jennifer | $588.73 | | | | | | | **$588.73** |
| McGauley | Sigrid | $2,040.94 | | | | | | | **$2,040.94** |
| McGibbon | Sean | | | | | $762.34 | | | **$762.34** |
| Mejia | Rejino | | | | | $7,603.30 | $19,488.06 | | **$27,091.36** |
| Mellinger | Evan | $5,651.85 | | | | | | | **$5,651.85** |
| Mendoza | Marcos | $72.02 | | | | $12,077.01 | | | **$12,149.03** |
| Mendoza | Melvin | $240.07 | | | | | | | **$240.07** |
| Merzlikina | Olga | | | | | $511.57 | | | **$511.57** |
| MEYERS | SUZANNE M | | | | | $1,635.01 | $2,397.29 | | **$4,032.30** |
| MEZA ESPINOZA | JOSE | | | | | $41,029.05 | | $103.06 | **$41,132.11** |
| Miah | Mirza | $108.03 | | | | | | | **$108.03** |
| MILLEN | ANDREA M | | | | | $93.62 | | | **$93.62** |
| Milton | Jude | $2,080.19 | | $24.37 | | | | | **$2,104.56** |

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| Min | Jason I. | | | | | $374.48 | | | **$374.48** |
| MIRZA | SHAUKAT H. | $1,188.33 | | | | $20.06 | | | **$1,208.39** |
| MITCHELL | CODY S. | | | | | $608.53 | | | **$608.53** |
| Mizhquiri | Jose | $10,370.86 | $17,988.15 | | | | | | **$28,359.01** |
| MOBILIO | GINA MARIE | | | | | $234.05 | | | **$234.05** |
| Monge | Jean | $111,035.24 | $18,974.30 | $189.88 | | | | | **$130,199.42** |
| Morales | Vanessa | | | | | $70.22 | | | **$70.22** |
| Moreno | Alberto | $2,964.82 | | | | | | | **$2,964.82** |
| MORIARTY | BRENDAN | $3,728.65 | | $48.49 | | | | | **$3,777.14** |
| MOYAO | RAMIRO | | | | | $381.17 | | | **$381.17** |
| Mundie | Amy | | | | | $19,987.91 | | $69.44 | **$20,057.35** |
| Munoz M | Roberto | $23,274.43 | $39,725.77 | $162.40 | | | | | **$63,162.60** |
| Murphy | Ethan | | | | | $2,644.77 | | | **$2,644.77** |
| Murrill | Tyler | $470.99 | | | | | | | **$470.99** |
| MZOUZ | KHALID | | | | | $983.01 | | | **$983.01** |
| Nahshon | Sara | $431.74 | | $1.76 | | | | | **$433.50** |
| Najera | Rogelio | $13,167.64 | | | | | | | **$13,167.64** |
| Namiah | Jeffrey | | | | | $70.22 | | | **$70.22** |
| NAPARLICA | CRISTIAN I | $8,281.53 | | | | | | | **$8,281.53** |
| Natal | Ivan J. | $126.89 | | | | | | | **$126.89** |
| Nava | Oscar | $240.07 | | | | | | | **$240.07** |
| Ndiaye | Ndene | $96.03 | | | | | | | **$96.03** |
| Niang | Mamadou | $624.17 | | | | | | | **$624.17** |
| Niang | Modou | $60.02 | | | | | | | **$60.02** |
| NIASS | ELHADJI | $288.08 | | | | | | | **$288.08** |
| NICHOLLS | KATHRYN E | | | | | $2,808.61 | | | **$2,808.61** |
| NISWANGER | KAITLIN | $3,552.98 | | | | $3,370.33 | | | **$6,923.31** |
| NKEM BEKONG TEGHEN | BERNARD | $12.00 | | | | $772.37 | | | **$784.37** |
| NKWENYA | DESMOND | | | | | $2,186.70 | | | **$2,186.70** |
| Nunes De Araujo | Samuel | $71,315.32 | | | | | | | **$71,315.32** |
| Nunez | Brittany | | | | | $23.41 | | | **$23.41** |
| Ocain | Kyla | $157.00 | | | | | | | **$157.00** |
| OCHOA BLANCO | RENE | | | | | $4,253.03 | $8,801.25 | | **$13,054.28** |
| OCOTOXTLE | EDGAR | | | | | $11,475.16 | | $13.05 | **$11,488.21** |
| OCOTOXTLE | ELENO | | | | | $23,217.81 | $2,054.56 | $28.91 | **$25,301.28** |
| OCOTOXTLE | OCIEL | $5,929.64 | | | | $4,704.42 | | | **$10,634.06** |
| OCOTOXTLE | RONY | $11,619.21 | $3,426.39 | $3.26 | | $8,195.11 | $5,785.53 | $156.24 | **$29,185.74** |

**Class member allocation for all claims - July 29, 2019**

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| OLMOS | VALERIA E. | $803.65 | $1,255.96 | | | | | | $2,059.61 |
| Ordonez | Yareth | $7,535.80 | | | | | | | $7,535.80 |
| ORTEGA | HENRY JOSE | | | | | $100.31 | | | $100.31 |
| Osman | Roda | $510.24 | | | | | | | $510.24 |
| Osorio | Neftali | | | | | $9,388.77 | $15,047.58 | | $24,436.35 |
| Ospina | Nelson | | | | | $1,504.61 | | | $1,504.61 |
| Ossefort | Zachary | $120.03 | | | | $100.31 | | | $220.34 |
| OUFKIR | LARBI | $106,207.62 | $22,383.00 | $253.03 | | | | | $128,843.65 |
| PARAS | CASSANDRA | $3,373.22 | | | | $7,051.61 | | | $10,424.83 |
| Parker | William | $353.24 | | | | | | | $353.24 |
| PARRA | EFRAIN | $816.23 | | | | | | | $816.23 |
| PATTON | DONOVAN | $17,505.03 | | $44.78 | | | | | $17,549.81 |
| PEREZ | ROBERTO | $8,846.44 | $14,762.42 | | | | | | $23,608.86 |
| PEREZ GOMEZ | DANIEL A | $306.66 | | | | | | | $306.66 |
| Perkovic | Tereza | | | | | $2,307.07 | | | $2,307.07 |
| PERRY | DEVON G | | | | | $2,527.75 | | | $2,527.75 |
| Petty | Amanda | | | | | $444.70 | | | $444.70 |
| Pitt | Aline | | | | | $678.75 | | | $678.75 |
| PLOCHECK | AMANDA | $2,294.63 | | | | | | | $2,294.63 |
| Popalardo | Claudette M. | $454.70 | | | | $431.32 | | | $886.02 |
| Pretzantzin Garcia | Jose | $7,129.97 | | | | | | | $7,129.97 |
| Promeneur | Jenny | $2,708.18 | | | | | | | $2,708.18 |
| Quadir | Isteak | $324.09 | | $9.59 | | | | | $333.68 |
| Quito | Ivan | | | | | $10.03 | | | $10.03 |
| Radin | Katherine F | $627.98 | | | | | | | $627.98 |
| RADINA | IULIIA | | | | | $2,153.26 | | | $2,153.26 |
| RADOMSKI | KAYLA | | | | | $2,317.10 | | | $2,317.10 |
| RAGAN | BRANDON T | $15,110.84 | $6,433.40 | | | | | | $21,544.24 |
| RAHMAN | MOHAMMAD REAJUR | | | | | $29,049.02 | | $138.10 | $29,187.12 |
| RAMIREZ | EFRAIN | $20,189.58 | $103.37 | | $8,846.73 | | | | $29,139.68 |
| Ramirez | Noe Marmoleto | $8,534.36 | | | | | | | $8,534.36 |
| Ramirez Perez | Catalino | $136,861.04 | $34,876.35 | $219.27 | | | | | $171,956.66 |
| RAMOS | JARIM | $108.03 | | | | | | | $108.03 |
| RAMRUP | TRICIA MAE | $62,091.82 | | $205.76 | | | | | $62,297.58 |
| Rangel | Juan Carlos | | | | | $5,226.01 | | $88.62 | $5,314.63 |
| Ranulfo | Angel | | | | | $11,936.58 | | | $11,936.58 |
| Rapo | Enea | $708.48 | | | | | | | $708.48 |

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| Rashid | MD | $120.03 | | | | $1,364.18 | | | **$1,484.21** |
| Regalado | Rufinelson | $105.74 | | | | | | | **$105.74** |
| Relyea | Jonathan | $2,865.17 | | | | | | | **$2,865.17** |
| Restrepo | Oscar | | | | | $481.48 | | | **$481.48** |
| REYES | CARLOS | $7,201.99 | | $255.85 | | | | | **$7,457.84** |
| Riese | Brigette | | | | | $257.46 | | | **$257.46** |
| Rinaldo | Anthony C | $21,233.67 | | $126.73 | | | | | **$21,360.40** |
| Ripon | Ali | $456.13 | | | | | | | **$456.13** |
| ROA | FERNANDO A | $21,115.93 | $3,439.17 | | | | | | **$24,555.10** |
| ROA | JAIME E. | $564.16 | | | | | | | **$564.16** |
| ROBINSON | ASHLEY S | $2,876.22 | | | | $2,888.85 | | | **$5,765.07** |
| Robles | Cesar | | | | | $2,216.79 | | | **$2,216.79** |
| Rodrigues | Guilherme | | | | | $444.70 | | | **$444.70** |
| Rodriguez | Efraim | | | | | $865.99 | | | **$865.99** |
| Rodriguez | Geraldo | | | | | $4,082.51 | | | **$4,082.51** |
| Rodriguez | Jessalynn | $1,098.97 | | | | | | | **$1,098.97** |
| Rodriguez | Juan | | | | | $1,915.87 | | | **$1,915.87** |
| Rodriguez | Vanessa | | | | | $304.27 | | | **$304.27** |
| Roediger | Kurt | $28,573.23 | $16,130.26 | | | $27,032.83 | $9,915.31 | $152.01 | **$81,803.65** |
| ROGERSON | BENJAMIN J | | | | | $2,417.41 | | | **$2,417.41** |
| ROJAS | TONY | | | | | $280.86 | | $3.52 | **$284.38** |
| ROMADKA | ROBERT J. | | | | | $3,276.71 | | | **$3,276.71** |
| Romaniello | Christina | $2,717.61 | | | | | | | **$2,717.61** |
| Romeo | Maria Teresa | $3,478.96 | | | | | | | **$3,478.96** |
| Romero | Camiren J. | | | | | $491.51 | | | **$491.51** |
| ROMERO | EFRAIN | $6,013.66 | | | | | | | **$6,013.66** |
| Romero | Luis | $17,572.85 | $20,201.00 | | | | | | **$37,773.85** |
| ROMERO | RENE | $6,805.88 | $8,936.78 | | | | | | **$15,742.66** |
| ROMERO | VICTOR | | | | | $6,459.79 | | | **$6,459.79** |
| Rosales | Marcelo | $902.73 | | | | | | | **$902.73** |
| ROSARIO | ANGELIKA | | | | | $46.81 | | | **$46.81** |
| Ross | James | $372.10 | | | | | | | **$372.10** |
| Rosu | Catalin | | | | | $1,123.44 | | | **$1,123.44** |
| RUDZINSKY | BRENDA | | | | | $1,604.92 | | | **$1,604.92** |
| RUSSELL | DEVON J | $6,515.32 | | $94.20 | | | | | **$6,609.52** |
| Sadler | Jayce | $1,059.72 | | | | | | | **$1,059.72** |
| Sala | Raquel E. | $285.51 | | | | | | | **$285.51** |

Class member allocation for all claims - July 29, 2019

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| SALAZAR | HORACE | | | | | $3,370.33 | | $19.42 | **$3,389.75** |
| SALL | ABDOUL | | | | | $1,093.35 | | | **$1,093.35** |
| Samsonova | Irina | | | | | $782.40 | | | **$782.40** |
| SANCHEZ | FELIX F | | | | | $70.22 | | | **$70.22** |
| Sanchez | Roberto | | | | | $2,293.70 | | $3.92 | **$2,297.62** |
| Santiago | Christina | | | | | $80.25 | | | **$80.25** |
| SANTIAGO | JESUS C. | | | | | $772.37 | | | **$772.37** |
| Schiehsl | Mark | $5,573.35 | | | | | | | **$5,573.35** |
| Schillaci | Hernan | $11,028.95 | | | | | | | **$11,028.95** |
| Schluck | Brian | $78.50 | | | | | | | **$78.50** |
| SCHULTZ | JEDADIAH J | | | | | $26,982.68 | | | **$26,982.68** |
| Schuyler | Ashley | $28,612.47 | | $30.06 | | | | | **$28,642.53** |
| SCOTT | CHRISTOPHER L | $11,460.69 | $5,826.51 | | | | | | **$17,287.20** |
| SCOTT | LOGAN C | $18,156.16 | $2,052.00 | $0.70 | $65,044.54 | | | | **$85,253.40** |
| Sedeno | Armando | | | | | $374.48 | | | **$374.48** |
| SHAHID | HUMAYUN | | | | | $6,693.84 | | | **$6,693.84** |
| Shahnewaz | Munsarim | $2,052.57 | | | | $652.00 | | | **$2,704.57** |
| Shappy | Jack | | | | | $8,893.92 | | $1.27 | **$8,895.19** |
| Sharpless | Stephanie | $627.98 | | | | | | | **$627.98** |
| Sheetz | Cassandra | | | | | $2,153.26 | | | **$2,153.26** |
| Sheridan | Karen | $745.73 | | $8.24 | | | | | **$753.97** |
| Shuler | Tristan | | | | | $1,076.63 | | | **$1,076.63** |
| SIEMERS | TIMOTHY | $96,984.12 | $26,711.60 | $287.89 | | | | | **$123,983.61** |
| Silk | Meagan | | | | | $1,825.59 | | | **$1,825.59** |
| Silver | James | $15,776.93 | | | | $10,893.38 | | $68.41 | **$26,738.72** |
| SIMMONS | CHANNON | | | | | $21,134.76 | $3,695.69 | $222.72 | **$25,053.17** |
| SNYDER | EDWARD ALEXANDER | $26,924.77 | $6,202.98 | $88.71 | | | | | **$33,216.46** |
| SOLANO | ELISEO | $23,598.52 | $14,457.40 | $225.45 | | | | | **$38,281.37** |
| Solano | Francisco | $6,553.81 | | | | | | | **$6,553.81** |
| SOLANO | JUAN NAVA | $12,747.52 | | $14.05 | | | | | **$12,761.57** |
| SORIANO | ALBERTO | | | | | $26,581.45 | | $243.71 | **$26,825.16** |
| Sorwar | Hussain | $360.10 | | $9.22 | | | | | **$369.32** |
| Staccia | Alexandra | $1,726.95 | | | | | | | **$1,726.95** |
| Stanica | Laurentiu | | | | | $5,008.68 | | | **$5,008.68** |
| Start | Andrew | $4,238.89 | | | | | | | **$4,238.89** |
| STOLOW | KIYO HISA | $7,889.04 | | $63.30 | | | | | **$7,952.34** |
| Stone | Christina | | | | | $46.81 | | | **$46.81** |

**Class member allocation for all claims - July 29, 2019**

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| Su | Christine | $148.04 | | | | | | | $148.04 |
| Tahir | Syed | $24.01 | | | | | | | $24.01 |
| Talaugon | Matthew | $3,022.17 | | | | | | | $3,022.17 |
| TALICH | MICHELLE L. | | | | | $1,494.58 | | | $1,494.58 |
| TAMMORO | KEVIN | | | | | $170.52 | | | $170.52 |
| TARAX | BYRON | $4,657.29 | | | | | | | $4,657.29 |
| TARAX | DELFINO | | | | | $1,665.10 | | | $1,665.10 |
| TARAX | MELVIN | $3,697.02 | | $83.21 | | | | | $3,780.23 |
| Tarax | Santos | $11,967.31 | $13,366.03 | | | | | | $25,333.34 |
| Tarax | Yobani | $7,982.20 | | | | | | | $7,982.20 |
| TAYLOR | ALBERT QUITMAN | | | | | $12,929.62 | $5,796.00 | | $18,725.62 |
| TAYLOR | JONATHAN D | $200.91 | | | | | | | $200.91 |
| Texis | Valentin | | | | | $120.37 | | | $120.37 |
| Thier | Daphna | $391.25 | | | | $10.03 | | | $401.28 |
| Thomas | Edrika | $951.69 | | | | | | | $951.69 |
| Thornton | Tiara | $549.49 | | | | | | | $549.49 |
| THURBER | KATIE | $8,713.26 | | $68.78 | | | | | $8,782.04 |
| TITO | DANIEL | $2,280.63 | $2,329.70 | | | | | | $4,610.33 |
| TOLAMA | ARMANDO | $6,673.84 | | | | | | | $6,673.84 |
| Tomassi | David | $898.82 | | | | | | | $898.82 |
| Tovmasyan | Hrayr | $983.41 | | | | | | | $983.41 |
| TRAGARD | CHARLOTTE M | | | | | $23.41 | | | $23.41 |
| Trigueros | Jose | | | | | $6,499.92 | $1,471.44 | $155.47 | $8,126.83 |
| TZARAX CALEL | LAZARO | $13,959.86 | $5,977.71 | $177.30 | | | | | $20,114.87 |
| Udovenko | Julia | | | | | $20.06 | | | $20.06 |
| URBINA | ALAN | | | | | $20,583.07 | $7,901.02 | $186.14 | $28,670.23 |
| Urraca | Jessica | $9,694.49 | | | | | | | $9,694.49 |
| Uttro | Stephanie | | | | | $1,029.82 | | | $1,029.82 |
| Uzzle | Landry V | $24,569.83 | | | | | | | $24,569.83 |
| Valasiuk | Ilya | | | | | $50.15 | | | $50.15 |
| VALLEJO GASPER | HECTOR MIGUEL | $1,596.44 | | $59.26 | | | | | $1,655.70 |
| Varga | Andrea | | | | | $752.31 | | | $752.31 |
| VARONA | LUIS | $5,629.55 | $5,005.23 | | | | | | $10,634.78 |
| Vasilvev | Nikolay | | | | | $80.25 | | | $80.25 |
| Vasquez | Mauricio | $296.08 | | | | | | | $296.08 |
| Vazquez | Heriberto | | | | | $12,628.70 | $13,424.45 | | $26,053.15 |
| Vazquez Conde | Marco | | | | | $2,410.72 | | | $2,410.72 |

**Class member allocation for all claims - July 29, 2019**

| Last Name | First Name | Park Ave 196-d & SOH | Park Ave FLSA | Park Ave NY min wage | Park Ave individual OT | John St 196-d & SOH | John St FLSA | John St NY min wage | Total share of judgment |
|---|---|---|---|---|---|---|---|---|---|
| VELAZQUEZ | PALEMON LUCERO | $14,031.88 | $15,733.79 | $233.40 | | | | | **$29,999.07** |
| Venegas | Luis | | | | | $24,194.14 | | $214.47 | **$24,408.61** |
| VENTURA PERALTA | ISIDORO | | | | | $34,923.68 | $15,069.00 | $250.77 | **$50,243.45** |
| Verner | Philippe | | | | | $84,539.05 | $32,291.46 | $208.22 | **$117,038.73** |
| Vest | Ronald | | | | | $1,919.21 | | | **$1,919.21** |
| Victoria | Manuel | | | | | $170.52 | | | **$170.52** |
| VICTUM | KARLA DIONNE | | | | | $20,479.42 | | | **$20,479.42** |
| Villar | Carlos | $18,839.49 | | | | | | | **$18,839.49** |
| Villarreal | Oscar | $504.14 | | | | | | | **$504.14** |
| Villegas | Eleuterio | $7,928.29 | | | | | | | **$7,928.29** |
| Vinanzaca | Juan | $9,422.60 | $11,008.49 | | | | | | **$20,431.09** |
| VITLAR | ADRIA | | | | | $14,277.08 | | | **$14,277.08** |
| WALKER | LEO DON | $7,687.55 | | | | | | | **$7,687.55** |
| WALSH | ANNA | | | | | $130.40 | | | **$130.40** |
| Watson | Craig | | | | | $25,909.39 | $19,543.73 | | **$45,453.12** |
| WEERASOORIYA | DILINI | $470.99 | | | | | | | **$470.99** |
| Weisman | Rachel | | | | | $5,908.10 | | | **$5,908.10** |
| Weiss | Ilona | $13,187.64 | | | | | | | **$13,187.64** |
| Wendling | Maxime | $14,993.09 | | | | | | | **$14,993.09** |
| Western | Charles S. | | | | | $561.72 | | | **$561.72** |
| White | Nicole | $863.48 | | | | | | | **$863.48** |
| WHITE | RYAN M | $7,835.59 | | | | | | | **$7,835.59** |
| WHITTEMORE | JAMES L | | | | | $2,527.75 | | | **$2,527.75** |
| WIEHOFF | SAMUEL T | $392.49 | | | | | | | **$392.49** |
| Williams | Edwin | | | | | $374.48 | | | **$374.48** |
| Williams | Sydni | | | | | $117.03 | | | **$117.03** |
| Wilson | Robin G | $19,074.98 | | | | | | | **$19,074.98** |
| Wright | Nicole | $1,448.69 | | | | | | | **$1,448.69** |
| Wybieralska | Magdalena | $21,979.40 | | $40.65 | | | | | **$22,020.05** |
| XICOHTENCATL MANZANO | RICARDO | $15,256.21 | | $132.07 | | | | | **$15,388.28** |
| YAKATAN | JOSHUA M | $84.59 | | | | | | | **$84.59** |
| YEPEZ | FERNANDO | | | | | $13,223.85 | | | **$13,223.85** |
| Zakaria | Mohammed | $41,855.56 | | $295.27 | | | | | **$42,150.83** |
| Zambrano | Modesto | $1,224.34 | | | | | | | **$1,224.34** |
| Zarate | Steward | | | | | $117.03 | | | **$117.03** |
| ZARRA | KAITLYN R. | | | | | $1,006.42 | | | **$1,006.42** |
| Zavala | Gerardo | | | | | $60.18 | | | **$60.18** |