UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2019 AUG 27 PM 12: 46

-----------------------------------------------------------x

ETHAN MURPHY, et al.,

                            **Plaintiffs,**

-v-                                                    No. 13-cv-6503 (RJS)

PHILIPPE LAJAUNIE, et al.,

                            **Defendants.**

-----------------------------------------------------------x

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

This document was draft in whole, or substantial part, by an attorney. Philip Lajaunie, the above captioned Defendant appearing Pro se, appeals to the United States Court Of Appeals for the Second Circuit from the final judgment in this case, entered on August 1, 2019, and from each and every ruling, order, and opinion of and entered by the District Court prior thereto

The parties to the Judgment and the names and addresses of Plaintiffs' attorneys are as follows:

**Philip Lajaunie, Defendant appearing *Pro se*, Appellant:**

411 Park Ave South, Apt 3D
New York, NY 10016
Telephone: (917) 628-8884
Email: PL@VeeqGroup.com
Skype: PLajaunie1

Please note that email is the preferred and most efficient mode of communication, because Defendant/Appellant must frequently travel outside the country because of obligation due to the failing health of his parents.

**Murphy et al., , a certified class, Appellee:**

Maimon Kirschenbaum, Esq.
Denise Schulman, Esq.
Joseph & Kirschenbaum LLP
32 Broadway, suite 601
New York, NY 10004
Telephone: (212) 688-5639
Maimon@jk-llp.com
Denise@jk-llp.com

Date: August 27, 2019

_____
Philip Lajaunie, *Pro se*

```
Court Name: District Court
Division: 1
Receipt Number: 465401242846
Cashier ID: Jkramer
Transaction Date: 08/27/2019
Payer Name: PHILIPPE LAJAUNIE

NOTICE OF APPEAL/DOCKETING FEE
 For: PHILIPPE LAJAUNIE
 Amount:         $505.00

CASH
 Amt Tendered:  $505.00

Total Due:       $505.00
Total Tendered: $505.00
Change Amt:      $0.00

13CV6503(RJS)
```