```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ETHAN MURPHY, et al.,

                          **Plaintiffs,**                        **13-CV-6503 (RJS)(SN)**

       -against-                                           **ORDER**

PHILIPPE LAJAUNIE, et al.,

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

      A status conference is this matter is scheduled for Tuesday, June 15, 2021, at 3:30 p.m., to occur telephonically. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. In addition, the parties are ordered to discuss whether they consent to proceed before a magistrate judge for all purposes. If so, the parties shall file a signed consent form with Circuit Judge Richard J. Sullivan.

      The Clerk of Court is respectfully directed to send a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

Dated:      June 9, 2021
                New York, New York