UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ETHAN MURPHY, et al.,

                                 **Plaintiffs,**                          13-CV-6503 (RJS)(SN)

       -against-                                                   **ORDER**

PHILIPPE LAJAUNIE, et al.,

                                 **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

      On Tuesday, June 15, 2021, the Court held a telephonic status conference, at which Defendant LaJaunie failed to appear. The Clerk of Court had mailed the Court's Order scheduling the conference to Defendant's address as it appears on the docket. The Court has not received any indication that that is an invalid address. Accordingly, Defendant LaJeunie is directed to contact Courtroom Deputy Rachel Slusher via email at Rachel_Slusher@nysd.uscourts.gov by June 22, 2021, to confirm receipt of the Court's orders and in order to schedule a new date for the status conference. A copy of this Order will be emailed to Defendant at the email addresses he has provided. Plaintiff's counsel is also directed to email a copy of this Order to any known email addresses.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

Dated:      June 9, 2021
              New York, New York