UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ETHAN MURPHY, et al.,

                              **Plaintiffs,**                    **13-CV-6503 (RJS) (SN)**

             -against-                                              **ORDER**

PHILIPPE LAJAUNIE, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

     A status conference is this matter is scheduled for Monday, June 28, 2021, at 9:00 a.m., to occur telephonically. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. In addition, the parties are ordered to discuss whether they consent to proceed before a magistrate judge for all purposes. If so, the parties shall file a signed consent form with Circuit Judge Richard J. Sullivan.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

Dated:      June 16, 2021
              New York, New York