UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ETHAN MURPHY, et al.,

                         **Plaintiffs,**                           13-CV-6503 (RJS) (SN)

           -against-                                     <u>**ORDER**</u>

PHILIPPE LAJAUNIE, et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

      The dial-in information for the status conference in this case currently scheduled for Monday, June 28, 2021, at 9:00 a.m., has changed. The conference will instead be held on MS Teams. A video link will be provided to the parties in advance of the conference. The public can access the audio by dialing (917) 933-2166, and entering Conference ID 901777260, followed by the pound (#) key.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

Dated:      June 17, 2021
              New York, New York