```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ETHAN MURPHY, et al.,

                                        **Plaintiffs,**                              **13-CV-6503 (RJS) (SN)**

        -against-                                                        **ORDER**

PHILIPPE LAJAUNIE, et al.,

                                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

      In light of Plaintiffs' July 28, 2021 status report, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive. Settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

      The parties should assume that the settlement conference will be conducted using a platform that will allow the Court to hold confidential conversations with counsel and the party representative(s) for each side.

**SO ORDERED.**

                                                                           *[signature]*
                                                                 SARAH NETBURN
                                                            United States Magistrate Judge

Dated:      July 29, 2021
               New York, New York