```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ETHAN MURPHY, et al.,

                         **Plaintiffs,**

             -against-

PHILIPPE LAJAUNIE, et al.,

                         **Defendants.**

-----------------------------------------------------------------X

13-CV-06503 (RJS)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

       A settlement conference is scheduled for Monday, September 13, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, September 6, 2021 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
Dated:     August 9, 2021                         United States Magistrate Judge
            New York, New York