USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ETHAN MURPHY, et al.,

                              **Plaintiffs,**                  13-CV-6503 (RJS) (SN)

     -against-                                         **ORDER**

PHILIPPE LAJAUNIE, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

      The settlement conference previously scheduled for Monday, September 13, 2021, is adjourned. Plaintiff's counsel is directed to notify Chambers of their availability for a settlement conference on Friday, September 17, 2021. Plaintiff's counsel is also directed to file a letter with the Court by Friday, September 10, 2021, on their view on the participation of Defendant's appellate counsel in the settlement conference, which the Court believes would be useful.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

Dated:        June 17, 2021
                New York, New York

Cc: Philippe Lajaunie via email (by chambers)