USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETHAN MURPHY, STEPHANIE CASTILLO, CHRISTOPHER L. SCOTT, LOGAN SCOTT, NICOLE CLOUSE, NYAMKA AYINOLA, EDGAR OCOTOXTLE, and EFRAIN RAMIREZ, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PHILIPPE LAJAUNIE, LA BOUCHERIE INC., 15 JOHN CORP, LHLM GROUP, CORP. a/k/a BRASSERIE LES HALLES NEW YORK, and XYZ CORP., <br><br> Defendants. | No. 13 Civ. 6503 (SN) |

## FINAL ORDER DISMISSING ACTION WITHOUT PREJUDICE

The Court, having considered the parties' Stipulation dated October 19, 2021 ("Stipulation") and all other materials properly before the Court, and having conducted an inquiry pursuant to Rule 23 of the Federal Rules of Civil Procedure, hereby finds and orders as follows:

1. Unless otherwise defined herein, all capitalized terms used in this Order (the "Final Order") will have the same meaning as defined in the Stipulation.

2. The Court has jurisdiction over the subject matter of this action and the Parties.

3. The Court finds that the Stipulation was the product of arms-length negotiations between. The Court grants final approval of the Stipulation as fair, reasonable, and adequate as to the Parties and the Class Members (collectively, the "Settling Parties"). The Settling Parties are directed to perform in accordance with the terms set forth in the Stipulation.

9. The action is dismissed without prejudice and without costs, including appellate costs, to any Party, except as expressly set forth in the Stipulation. In accordance with the terms of the Stipulation, the statutes of limitations for the claims asserted in the action are tolled for all Class Members for six months from the date of this Final Order (the "Tolling Period"), provided, however, this Tolling Period, except as provided by law, shall not apply to claims that have expired as of the date of this Final Order.

10. Without affecting the finality of this Final Order, the Court reserves continuing and exclusive jurisdiction over parties to the Stipulation to administer, supervise, construe, and enforce the Stipulation in accordance with its terms for the mutual benefit of the parties.

IT IS SO ORDERED.

DATED: January 24, 2022

_____
SARAH NETBURN
United States Magistrate Judge